# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                              September 9, 1999

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

MARIA ALSINA-ORTIZ, et al

vs                                              CIVIL 98-1893CCC

ZOE LABOY, et al

By order of the Court, the Notice of Appearance (**docket entry 16**) is NOTED. The request for extension of time contained in said motion is MOOT.

The Motion Requesting Extension of Time (**docket entry 19**) is MOOT.

The Motion Requesting Leave to File Reply (**docket entry 28**) is GRANTED. The reply tendered on March 11, 1999 is ORDERED FILED.

The Notice of Appearance (**docket entry 38**) is NOTED. The request for extension of time contained in said motion is MOOT.

The Motion Requesting Extension of Time (**docket entry 56**) is MOOT. Parties to be notified.

- Secretary

SEP 1 0 1999

RECD.    TO JUDGE
SEP 1 0 1999