IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA-ORTIZ and/or THE ESTATE OF MR. ORLANDO OCASIO-ALSINA COMPOSED OF MARIA ALSINA-ORTIZ

Plaintiffs

vs

CIVIL 98-1893CCC

MS. ZOE LABOY in her personal capacity, JOHN DOE in his personal capacity and the conjugal partnership or community property constituted between Zoé Laboy and John Doe; MR. SIXTO MARRERO in his personal capacity, JANE DOE in her personal capacity, and the community property or conjugal partnership constituted between Sixto Marrero and Jane Doe; MS. AIDA GUZMAN in her personal capacity, BILL DOE in his personal capacity, and the conjugal partnership or community property constituted between Ms. Aida Guzmán and Bill Doe; MR. EMILIO CASTILLO in his personal capacity, MERCEDES ROSADO in her personal capacity and the community property or conjugal partnership constituted between Emilio Castillo and Mercedes Rosado; Doctor Ileana Torres-Arroyo in her personal capacity, Joe Doe in his personal capacity and the community property or conjugal partnership constituted between Joe Doe and doctor Ileana Torres; Doctor ERNESTO TORRES-ARROYO in his personal capacity, OLGA I. MENDEZ-FLORES; X, Y AND Z INSURANCE COMPANIES; DOCTOR ELLIOT MELECIO VEGA, CLARK DOE, the conjugal partnership or community property constituted between Doctor Elliot Melecio Vega and Clark Doe, and JAKE DOE

Defendants

RECEIVED & FILED
1999 SEP 14 PM 2:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

RECD.    TO JUDGE
SEP 14 1999
BY
w# 61

AO 72A
(Rev.8/82)

CIVIL 98-1893CCC                                    2

# ORDER

Having considered the Motion to Dismiss filed by defendants Olga I. Méndez-Flores, the conjugal partnership between her and Ernesto Torres-Arroyo, Ernesto Torres-Arroyo, Aida Guzmán and Ileana Torres-Mojica (**docket entry 14**), plaintiffs' opposition (**docket entry 22**), defendants' reply tendered on March 11, 1999 and ordered filed by separate order, and the opposition to defendants' reply (**docket entry 37**), the same is DENIED.

SO ORDERED.

At San Juan, Puerto Rico, on September 13, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

s/c H. James
P. Vinoni
L. Ramirez
L. Portela
J. Morales

SEP 1 4 1999