IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                September 23, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


MARIA ALSINA-ORTIZ, et al

vs                                            CIVIL 98-1893CCC

ZOE LABOY, et al


By order of the Court, the **case management conference set before U.S. Magistrate Judge Arenas for September 30, 1999 is VACATED.** The same will be reset before Judge Cerezo by separate order. Parties to be notified.

                                              /s/ - Secretary