IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    October 4, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

MARIA ALSINA-ORTIZ, et al

vs                                        CIVIL 98-1893CCC

ZOE LABOY, et al

By order of the Court, the **initial scheduling conference is reset to be held before Judge Cerezo on November 30, 1999 at 10:00 AM.**  Parties to be notified.

                                          ∼ - Secretary

s/c  H. James
     J. Vinoni
     L. Ramirez
     L. Portela
     J. Nevares

OCT - 6 1999

RECD.        TO JUDGE
OCT - 6 1999
BY