IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                       November 15, 1999


BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


MARIA ALSINA-ORTIZ, et al

vs                                            CIVIL 98-1893CCC

ZOE LABOY-ALVARADO, et al


By order of the Court, the docket shall reflect that the Motion Requesting Extension of Time to Answer or Otherwise Plead (**docket entry 66**) is MOOT.

*[signature]* - Secretary