# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA-ORTIZ
and/or the ESTATE OF MR. ORLANDO
OCASIO-ALSINA COMPOSE OF MARIA
ALSINA-ORTIZ

Plaintiffs

vs                                              CIVIL 98-1893CCC

MS. ZOE LABOY in her personal capacity,
JOHN DOE in his personal capacity and the
conjugal partnership or community property
constituted between Zoe Laboy and John
Doe;
MR. SIXTO MARRERO in his personal
capacity, JANE DOE in her personal
capacity, and the community property or
conjugal partnership constitued betwwen
Sixto Marrero and Jane Doe;
MS. AIDA GUZMAN in her personal
capacity, BILL DOE in his personal capacity
and the conjugal partnership or community
property constituted between Ms. Aida
Guzmán and Bill Doe;
MR. EMILIO CASTILLo in his personal
capacity, MERCEDES ROSADO in her
personal capacity and the community
property or conjugal partnership constituted
between Emilio Castillo and Mercedes
Rosado;
DOCTOR ILEANA TORRES-ARROYO in
her personal capacity JOE DOE in his
personal capacity and the community
property or conjugal partnership constituted
between Joe Doe and Doctor Ileana Torres;
DOCTOR ERNESTO TORRES-ARROYO in
his personal capacity, OLGA I. MENDEZ-
FLORES in her personal capacity and the
conjugal partnership or community property
constituted between Doctor Ernesto Torres-
Arroyo and Olga I. Méndez-Flores;
X, Y and Z INSURANCE COMPANIES;
DOCTOR ELLIOT MELECIO-VEGA
CLARK DOE, the conjugal partnership or
community property constituted between
Doctor Elliot Melecio-Vega and Clark Doe,
and JAKE DOE

Defendants

RECEIVED & FILED
1999 DEC 20  PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. P.R

AO 72A
(Rev.8/82)

CIVIL 98-1893CCC                                    2

# O R D E R

A **pretrial conference is set for July 13, 2000 at 4:45 PM.**

The **jury trial in this action will be held on September 14, 2000 at 9:30 AM.**
The parties are hereby GRANTED a term of fifteen (15) days after notice to inform of any
calendar conflicts or other reasons which may justify a continuance of this setting. The parties
are admonished that if no objections are raised to this setting within the term allowed, NO
CONTINUANCES WILL LATER BE GRANTED. They are expressly advised that trial will not
be continued because counsel have agreed to recommend a settlement. A trial date will be
passed ONLY IF A SETTLEMENT HAS BEEN FIRMLY BOUND.

The parties are advised that pursuant to an order of the Court entered on October 25,
1996 by unanimous agreement of the Active Judges in Miscellaneous No. 96-125(CCC), the
following order of procedure was established to resolve calendar conflicts amongst judicial
officers:

a. Trials shall take precedence over all other hearings.

b. Jury trials shall take precedence over non-jury trials.

c. Criminal cases shall take precedence over civil cases.

d. Criminal cases involving defendants in custody shall take precedence over other
criminal cases.

e. Among criminal cases not involving defendants who are in custody, the case having
the earliest docket number shall take precedence over the others.

f. Among civil cases, the case having the earliest docket number shall take precedence
over the others.

CIVIL 98-1893CCC                                    3

Counsel are advised that, pursuant to such Order, when there is a conflict between court appearances they have the obligation to notify the Courtroom Deputy of each Judge involved, in writing, not later than three (3) business days after receipt of the notice giving rise to the conflict, indicating the names and docket numbers of each case and the date and time of the conflicting hearings.

SO ORDERED.

At San Juan, Puerto Rico, on December 7, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

S/C 12-17-99
Jury Clerk

s/c G. James
P. Vivoni
L. Ramírez
L. Portela
G. Menéndez

DEC 2 0 1999

# U.S. DISTRICT COURT
## DISTRICT OF PUERTO RICO

### INTERPRETER REQUISITION FORM
#### (FOR CIVIL CASES)

1. Title and number of case: CV # _98-1893 (U)_ _Mona Alsina, Ortiz et al vs. Hon. Zoe Laboy, et al_
2. Will any of your witnesses need an interpreter? YES [   ]    NO [   ]
3. If the reply to question #2 is 'NO', do not answer any more questions. If reply is 'YES', state estimated length of trial:
   _____ days. Date of commencement of trial: _September 14_ , _2000 at 9.30 A_
4. Which party do you represent? Plaintiff [   ]   Defendant [   ]
5. How many of your witnesses will need an interpreter? _____ witnesses.
6. List the witnesses who will need an interpreter in their order of appearance, and give an estimate of the duration of each of their direct or cross-examination (in hours).

| ## | WITNESS' NAME | DURATION OF TESTIMONY | DATE |
|----|---------------|-----------------------|------|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |

### (REPORT ADDITIONAL WITNESSES ON AN ATTACHED SHEET)

7. Are any of the witnesses who require an interpreter, expert witnesses? If so, submit for each of them a resume, a summary of their testimony and a list of technical vocabulary to be used.
8. Return the completed form to the Courtroom Deputy Clerk. _Frida Ramos_ prior to the marking of exhibits.
9. Name and signature of attorney making this request:

Name: _____

Signature: _____

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
FEDERICO DEGETAU FEDERAL BLDG - RM 150
CARLOS CHARDON AVE.
HATO REY. PUERTO RICO 00918-1767

NOTICE TO COUNSEL
(92-21)

IN RE:   SERVICES OF COURT INTERPRETERS

In order to effectively administer the services of Court Interpreters, you are required to submit an Interpreter Requisition Form for every civil case. (See form attached).

This form must be submitted immediately after the case is set for trial or for any other hearing requiring the service of an interpreter. It may be delivered personally to any of our Intake Clerks or it may be sent by mail.

The form must be in our office one week prior to the scheduled trial or hearing to facilitate the assignment of the Court Interpreter. This procedure becomes effective this 29th day of May, 1992.

In San Juan, Puerto Rico, this 29th day of May, 1992.

Lydia Pelegrin
Clerk of Court