IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA-ORTIZ
and/or the ESTATE OF MR. ORLANDO
OCASIO-ALSINA COMPOSE OF MARIA
ALSINA-ORTIZ

Plaintiffs

vs                                         CIVIL 98-1893CCC

MS. ZOE LABOY in her personal capacity,
JOHN DOE in his personal capacity and the
conjugal partnership or community property
constituted between Zoe Laboy and John
Doe;
MR. SIXTO MARRERO in his personal
capacity, JANE DOE in her personal
capacity, and the community property or
conjugal partnership constitued betwwen
Sixto Marrero and Jane Doe;
MS. AIDA GUZMAN in her personal
capacity, BILL DOE in his personal capacity
and the conjugal partnership or community
property constituted between Ms. Aida
Guzmán and Bill Doe;
MR. EMILIO CASTILLo in his personal
capacity, MERCEDES ROSADO in her
personal capacity and the community
property or conjugal partnership constituted
between Emilio Castillo and Mercedes
Rosado;
DOCTOR ILEANA TORRES-ARROYO in
her personal capacity JOE DOE in his
personal capacity and the community
property or conjugal partnership constituted
between Joe Doe and Doctor Ileana Torres;
DOCTOR ERNESTO TORRES-ARROYO in
his personal capacity, OLGA I. MENDEZ-
FLORES in her personal capacity and the
conjugal partnership or community property
constituted between Doctor Ernesto Torres-
Arroyo and Olga I. Méndez-Flores;
X, Y and Z INSURANCE COMPANIES;
DOCTOR ELLIOT MELECIO-VEGA
CLARK DOE, the conjugal partnership or
community property constituted between
Doctor Elliot Melecio-Vega and Clark Doe,
and JAKE DOE

Defendants
_____



AO 72A
(Rev.8/82)

CIVIL 98-1893CCC                                  2

# ORDER FOR FILING VOIR DIRE AND JURY INSTRUCTIONS IN CASES TO BE HEARD BEFORE JUDGE CARMEN CONSUELO CEREZO

The voir dire and jury instructions are, in general, prepared by the Court. The parties should submit whatever special instructions or wording they believe necessary for the specific facts of their case. Instructions should be carefully reviewed prior to submission. The Court is not interested in receiving a panoply of possible suggested instructions from which to choose, for each point. One for each specific point will suffice and differences in specific wording will be resolved at the charge conference.

In an effort to streamline and facilitate the compilation of the instructions, the attorneys shall follow the requested format. Submissions not complying with these requirements will not be considered.

1. **Any preliminary jury instructions shall be packaged with the proposed voir dire.**

2. Each instruction shall appear on a separate page, and be numbered and identified as to the party: e.g. Peggy Smith's Proposed Instruction #1.

3. Each instruction shall have a caption identifying its contents, e.g. Interstate Commerce - Definition.

4. Each instruction shall be followed by a citation to a source, either an accepted pattern book or supporting case law. Instructions taken from pattern books must be from the current edition and be identified by the year as well as the title.

5. All instructions supported by case law, treatises, articles, and the like, shall include as an addendum photocopies of the complete cases or materials cited therein. Each photocopy

CIVIL 98-1893CCC                              3

shall be identified as to which instruction number(s) it supports, and the specific section supporting each instruction should be either highlighted or marked with brackets. THE COPIES OF CASES AND MATERIALS SHOULD NOT BE FILED.

**Requested voir dire and instructions shall be filed no later than seven (7) working days before trial.** Two sets of working copies and ONE set of photocopies of supporting cases shall be delivered to chambers, in addition to the set filed.

SO ORDERED.

At San Juan, Puerto Rico, on December 7, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

c/c: H. James
P. Vivoni
F. Ramirez
J. Portela
J. Henares

DEC 20 1999