IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                April 26, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


MARIA ALSINA-ORTIZ, et al

vs                                                    CIVIL 98-1893CCC

MS. ZOE LABOY, in her personal
capacity, et al


By order of the Court the Motion requesting leave to file reply (**docket entry 90**) and the Request for Leave to File Documents in Spanish (**docket entry 91**) are GRANTED. Case to be returned to chambers to rule on pending matters. Parties to be notified.

*~~* - Secretary