IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                        May 31, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

MARIA ALSINA-ORTIZ, et al

vs                                            CIVIL 98-1893CCC

MS. ZOE LABOY, et al

By order of the Court, the docket shall reflect that the following motions have become MOOT: Requests for Leave to File Documents in Spanish, and Motion Requesting Extension to File Translated Exhibits (**docket entries 82, 85 and 87**).

The following motions are GRANTED as requested: Motions for Extension of Time to File Oppositions to Brief in Support of Motion for Summary Judgment and Request for Leave to File Documents in Spanish (**docket entry 97, 98 and 99**).  Parties to be notified.

- Secretary

JUN - 2 2000