IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                                June 13, 2000

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

MARIA ALSINA-ORTIZ, et al

vs                                          CIVIL 98-1893CCC

MS. ZOE LABOY, et al

By order of the Court, the docket shall reflect that the Motion to Quash Notice of Deposition of Zoé Laboy-Alvarado (**docket entry 78**) and plaintiffs' Opposition (**docket entry 81**) are MOOT.

The Motion Requesting Leave to Amend the Third Amended Complaint (**docket entry 79**) and the Motion Requesting Court and/or Clerk of Court to Issue Attached Summons (**docket entry 80**) are GRANTED.

The Motion for Order Compelling Discovery (**docket entry 84**) is referred to the U.S. Magistrate Judge for disposition. Parties to be notified.

s/c James
Canales
Ramirez
Portela
Kevones
Ojeda

md - Secretary

JUN 16 2000