IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**  June 13, 2000

BEFORE HONORABLE JUDGE CARMEN CONSUELO CEREZO

COURTROOM DEPUTY: Frieda Ramirez   **CIVIL NO. 98-1893(CC)**

COURT INTERPRETER:          COURT REPORTER:

---

**MARIA ALSINA-ORTIZ**                    Attorney(s) for Plaintiff:

Plaintiffs
    **vs.**

**ZOE LABOY, ET AL**                      Attorney(s) for Defendant:

Defendant

---

By order of the Court, the **pretrial conference set for today is vacated and will be rescheduled under separate order.**

Parties to be notified.

 

Courtroom Deputy Clerk

By tel.:
G. James Hernandez
Pierre Vivoni thru Diana Flores
John Nevares thru Elsie
L. Portela-Fernandez
L. Ramirez

(Note: Elfrick Mendez-Morales no longer in DOJ and Francisco Ojeda no longer in this case)

JUL 1 9 2000