UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA ORTIZ, ET AL

    **Plaintiff(s)**

    v.                   CIVIL NUMBER: 98-1893 (JAG)

ZOE LABOY, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Title:** Motion Pursuant to Local Rule 108.1 (05/01/00); Motion Requesting Leave to File in Spanish Medical Record Marked as Exhibig 47 (06/29/00); Request for Leave to File Documents in Spanish (06/29/00); Request for Leave to File Documents in Spanish (07/24/00); Request for Extension for Leave to File Documents in Spanish (07/27/00). **Dockets**: 96, 113, 114, 135, 139 | **GRANTED**. To the extent that it have not done so already, the moving parties shall file English translations by November 10, 2000. |

Date: 09/12/00

JAY A. GARCIA-GREGORY
U.S. District Judge

