UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA ORTIZ, ET AL

Plaintiff(s)

v.                                CIVIL NUMBER: 98-1893 (JAG)

ZOE LABOY, ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Title:** Motion for Leave to File Reply to Opposition for Summary Judgment (07/07/00); Motion Requesting Leave in Order to Reply to Defendant Opposition, etc. (07/14/00); Motion Requesting Leave to Reply (08/04/00); Motion Requesting Leave to File Reply (08/30/00); Motion Requesting Additional Extension to File Motion Pursuant to Rule 56(E) (09/01/00). **Dockets:** 116, 129, 147, 150, 151. | **GRANTED.** |

Date: 09/12/00

JAY A. GARCIA-GREGORY
U.S. District Judge


