UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA ORTIZ, ET AL

**Plaintiff(s)**

v.   CIVIL NUMBER: 98-1893 (JAG)

ZOE LABOY ALVARADO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date:** 09/21/00<br>**Title:** Motion Submitting Certified Translations of Exhibits A and B<br>**Docket:** 160<br>[ ] Plffs  [x] Defts  [ ] Other | **NOTED.** |

| MOTION | ORDER |
|---|---|
| **Date:** 09/22/00<br>**Title:** First Motion Requesting Leave from Court, etc.; Second Motion Requesting Leave from Court, etc.; Motion for Extension of Time to File the Response to the Motion Pursuant to Rule 56(e), etc.; Motion for Extension of Time to File the Response to Reply to, etc.; Motion for Extension of Time to File the Response to Defendants' Motion, etc.<br>**Dockets:** 161, 162, 163, 164, 165<br>[x] Plffs  [ ] Defts  [ ] Other | **GRANTED.** |

Date: 09/__/00

JAY A. GARCIA-GREGORY
U.S. District Judge