UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA ORTIZ, ET AL

Plaintiff(s)

v.   CIVIL NUMBER: 98-1893 (JAG)

ZOE LABOY ALVARADO, ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Title:** Motion Pursuant to Rule 56(e) and Reply to Opposition to Motion for Summary Judgment (09/15/00); Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment (09/18/00)<br>**Dockets:** 158, 159<br>[ ] Plffs  [ ] Defts  [ ] Other | Neither party appears to have filed a motion seeking leave to reply. The parties are ordered to do so by October 4, 2000. |

Date: 09/29/00

JAY A. GARCIA-GREGORY
U.S. District Judge