UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALSINA-ORTIZ, ET AL

   Plaintiff(s)

   v.                                CIVIL NUMBER: 98-1893 (JAG)

ZOE LABOY, ET AL

   Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/26/00<br>**Title:** Motion Requesting Notification of Exhibit M from Zoe Laboy and Sixto Marrero<br>**Docket(s):** 108<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | **GRANTED**, to the extent it has not been done so already. The Court reminds the parties that they are to make an earnest effort to resolve all discovery matters among themselves. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/07/00<br>**Title:** Motion Requesting Substitution of Emilio Castillo Pursuant to Rule 25(b); Motion for Leave to File Amended Complaint; Motion to Extend Time for a Period of 30 Days to File Same<br>**Docket(s):** 148-1, 148-2, 148-3<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | **GRANTED**. |

s/c: (6)   OCT 19 2000

Date: October 16, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge