# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA ORTIZ, ET AL

**Plaintiff(s)**

**v.**                              **CIVIL NUMBER:** 98-1893 (JAG)

ZOE LABOY ALVARADO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/04/00 <br> **Title:** Motion in Compliance with Order of September 29, 2000; Motion in Compliance with Order and Notice to the Court <br> **Docket(s):** 168, 169 <br> [ ] **Plff(s)**   [ x] **Dft(s)**   [ ] **Other** | **NOTED.** |

**Date:** October _17_, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge

OCT 1 9 2000