IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA ORTIZ ET AL
    Plaintiffs

v.                                      Civil No. 98-1893(JAG)

ZOE LABOY ET AL
    Defendants

## ORDER

On June 13, 2000, the Honorable Carmen C. Cerezo referred plaintiff's "Motion for Order to Compel Discovery" (**Docket No. 84**) to the undersigned Magistrate-Judge for disposition (see **Docket No. 103**). The case file (Volumes No. 3, 6 and 7) was not received in my chambers until July 26, 2000.

Two days later, on July 28, 2000, upon notification from the Office of the Clerk that the instant case was being reassigned to District Judge Jay A. García, the case file (Volumes 3, 6 and 7) was returned on that same date to the Clerk. Nevertheless, upon checking the "Civil Pending Motions Report," as of October 13, 2000, **Docket No. 84** and the case still appear as referred to this Magistrate-Judge.

Therefore, the Clerk of Court is instructed to terminate referral of **Docket No. 84** which became moot on July 28, 2000, and update the ICMS program to reflect that the case file is no longer in the chambers of this Magistrate-Judge.

At San Juan, Puerto Rico, this 16th day of October, 2000.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge