UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA ORTIZ, ET AL

**Plaintiff(s)**

v.   CIVIL NUMBER: 98-1893 (JAG)

ZOE LABOY ALVARADO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/30/00<br>**Title:** Motion for Extension of Time of Seven More Days<br>**Docket(s):** 179<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] Other | **GRANTED.** |

Date: November 2, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge