# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA ORTIZ, ET AL

    **Plaintiff(s)**

    **v.**                       **CIVIL NUMBER:** 98-1893 (JAG)

ZOE LABOY ALVARADO, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/25/00<br>**Title:** Motion Requesting Rule 11 Sanctions<br>**Docket(s):** 177<br>[ ] **Plff(s)**  [ x] **Dft(s)**  [ ] **Other** | The motion for sanctions is **DENIED.** The Court notes, however, that it will not condone (or take lightly) behavior such as those outlined in defendants' motion. The Court hereby orders plaintiffs to withdraw any Exhibits which were not referred to or used in support of its Statement of Contested Facts. The plaintiffs shall comply with this order by November 30, 2000. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/25/00<br>**Title:** Motion for Extension of Time in Order to Reply Until October 27, 2000<br>**Docket(s):** 176<br>[x ] **Plff(s)**  [ ] **Dft(s)**  [ ] **Other** | **GRANTED.** |

**Date:** November 2, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge

s/c (6)

NOV - 8 2000