IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA ORTIZ

Plaintiff(s)

v.                                       CIVIL NO. 98-1893(JAG)

ZOE LABOY, ET AL

Defendant(s)

**ORDER**

On August 7, 2000 plaintiffs filed a document entitled "Motion Requesting Substitution Pursuant to Rule 25(b)" (Docket 148). Plaintiffs stated on page 2 of their "Motion Requesting for Extension and to Determine the Proper Representative of Mr. Emilio Castillo" (Docket 187), that the "Motion Requesting Substitution Pursuant to Rule 25(b)" (Docket 148) was filed by defendants. The Court orders plaintiffs to correct this error before the Court makes its ruling on the "Motion Requesting for Extension and to Determine the Proper Representative of Mr. Emilio Castillo" (Docket 187).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this /st day of December, 2000.

JAY A. GARCIA-GREGORY
U.S. District Judge