UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA ORTIZ

**Plaintiff(s)**

v.                                          CIVIL NUMBER:   98-1893 (JAG)

ZOE LABOY, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Title:** Amended Motion Requesting for Extension of Time and to Determine the Proper Representative of Mr. Emilio Castillo (by plaintiff, 12/08/00); Motion for Withdrawal of Legal Representation (by defendant, 01/02/01)<br>**Docket(s):** 191, 192<br>[ ] **Plff(s)**   [ ] **Dft(s)**   [ ] Other | **GRANTED.** |

Date:  April 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

s/cs:to ( 6 )
attys/pts
in ICMS
4-16-01