# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA ORTIZ

**Plaintiff(s)**

v.                              CIVIL NUMBER:   98-1893 (JAG)

ZOE LABOY, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Title:** Motion Requesting Leave from the Honorable Court to File the Supplemental Reply (04/04/01); Motion Requesting Withdrawal of Legal Representation (04/09/01)<br>**Docket(s):** 198, 201<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] Other | **GRANTED.** |

| MOTION | ORDER |
|---|---|
| **Date File:** 03/16/01<br>**Title:** Motion Requesting Pre-Trial Hearing<br>**Docket(s):** 195<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] Other | **DENIED**, pending resolution of the motions for summary judgment. |

Date: April 24, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

