UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA ORTIZ

    Plaintiff(s)

    v.      CIVIL NUMBER: 98-1893 (JAG)

ZOE LABOY, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/15/00<br>**Title:** Motion Requesting for Extension and to Determine the Proper Representative of Mr. Emilio Castillo<br>**Docket(s):** 187<br>[x] Plff(s)   [ ] Dft(s)   [ ] Other | GRANTED. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/19/01<br>**Title:** Motion for Withdrawal of Legal Representation<br>**Docket(s):** 196<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | GRANTED. |

Date: April 27, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

