# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA ORTIZ

**Plaintiff(s)**

v.   CIVIL NUMBER:   98-1893 (JAG)

ZOE LABOY, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date File:** 04/06/01<br>**Title:** Special Appearance in Relation to Plaintiffs' Motion Requesting Leave from the Honorable Court to File the Supplemental Reply<br>**Docket(s):** 199<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] Other | **GRANTED.** Co-defendants Zoé Laboy, Emilio Castillo and Sixto Marrero shall be represented by new counsel on or before May 18, 2001. A response to plaintiff's supplement to and supplemental reply shall be filed by May 31, 2001. |

Date: May 8, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge