UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA ORTIZ

**Plaintiff(s)**

v.  CIVIL NUMBER: 98-1893 (JAG)

ZOE LABOY, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed**: 05/30/01<br>**Title**: Motion in Compliance with Order<br>**Docket(s)**: 211<br>[ ] **Plff(s)**   [ x ] **Dft(s)**   [ ] **Other** | Codefendant Zoe Laboy's new counsel shall have until July 16, 2001 to review the case file. Thereafter, the parties shall stipulate, if possible, the date of the deposition of Ms. Laboy. |

Date: June 5, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


