UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA ORTIZ

    Plaintiff(s)

        v.                        CIVIL NUMBER:  98-1893 (JAG)

ZOE LABOY, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/14/01<br>**Title:** Motion Requesting Leave to File<br>**Docket(s):** 209<br>[ x ] Plff(s)  [ ] Dft(s)  [ ] Other | **GRANTED.** |

Date: November 16, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

s/cs:to ( 7 )
attys/pts
in ICMS