UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA ORTIZ

   Plaintiff(s)

v.      CIVIL NUMBER: 98-1893 (JAG)

ZOE LABOY, ET AL

   Defendant(s)

| MOTION | ORDER |
|---|---|
| Date Filed: 10/17/01<br>Title: Motion for Leave to File the Second Supplement to the Statement of Contested Facts, etc.<br>Docket(s): 223<br>[ x ] Plff(s)   [ ] Dft(s)   [ ] Other | GRANTED. |

Date: November 21, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

s/cs:to ( 7 )
attys/pts
in ICMS
11/26/01