UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA ORTIZ

**Plaintiff(s)**

v.                                              CIVIL NUMBER: 98-1893 (JAG)

ZOE LABOY, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/30/01<br>**Title:** Motion Requesting Leave to File Reply to Supplement to Opposition to Motion for Summary Judgment<br>**Docket(s):** 225<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | **GRANTED.** |

Date: December 14, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge