IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA ORTIZ, et al

**Plaintiff(s)**

v.                                              CIVIL NO. 98-1893 (JAG)

ZOE LABOY IN HER PERSONAL
CAPACITY, ET AL

**Defendant(s)**

---

**PARTIAL JUDGMENT**

Upon Motion for Partial Voluntary Dismissal, this action is dismissed without prejudice only as to co-defendant Delfos Ochoa Villavisanis.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16th day of January 2002.

JAY A. GARCIA-GREGORY
U.S. District Judge