IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA ORTIZ, et al

    **Plaintiff(s)**

    v.                        CIVIL NO. 98-1893 (JAG)

MS. ZOE LABOY IN HER
PERSONAL CAPACITY, et al

    **Defendant(s)**

### ORDER

The pending dispositive motions as well as any non dispositive motions are referred to Magistrate-Judge Justo Arenas for appropriate disposition. Parties are to explore possible consent to trial and/or settlement with Magistrate-Judge Arenas.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of January 2002.

                                              JAY A. GARCIA-GREGORY
                                              United States District Judge

