IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARÍA ALSINA ORTIZ, et al.,

Plaintiffs

v.                                                    CIVIL 98-1893 (JAG)

MS. ZOE LABOY, et al.,

Defendants

O R D E R

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion for Order Compelling Discovery, 03-31-00. | 84 | Denied now for then. |
| Opposition to Motion for Order Compelling Discovery, 04-13-00. | 86 | Noted. |
| First Motion to Strike, 06-26-00. | 106 | Denied. |
| Second Motion to Strike, 06-26-00. | 107 | Denied. |
| Motion Pursuant to Rule 56(f) in Order to Stay the Motion for Summary Judgment Regarding Zoe Laboy, 06-28-00. | 110 | Denied now for then. |
| Opposition to "Motion Pursuant to Rule 56(f) in Order to Stay the Motion of Summary Judgment Regarding Zoe Laboy," 07-13-00. | 125 | Noted. |
| Opposition to "Motion to Strike," etc., 07-18-00. | 131 | Noted. |
| Urgent Second Motion for Order Compelling Discovery and/or Supplement to the Reply to the Opposition to the Motion for Order Compelling Discovery, 08-14-00. | 149 | Moot. |
| Notice of Intent to Seek Rule 11 Sanctions, 09-15-00. | 157 | Noted. |
| Motion, 12-21-01. | 232 | Noted. |




1  CIVIL 98-1893 (JAG)                               2

| Motion, 01-16-02. | 233 | Denied. |
|---|---|---|

In San Juan, Puerto Rico, this 13th day of February, 2002.

JUSTO ARENAS
United States Magistrate Judge