IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARÍA ALSINA ORTIZ, et al.,

Plaintiffs

v.                                                         CIVIL 98-1893 (JAG)

MS. ZOE LABOY, et al.,

Defendants

## O R D E R

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion to Withdraw and Request for Extension of Time, 05-10-02. | 239 | Granted. |

In San Juan, Puerto Rico, this 15th day of Mary, 2002.

JUSTO ARENAS
United States Magistrate Judge