IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARÍA ALSINA ORTIZ, et al.,

Plaintiffs

v.                                          CIVIL 98-1893 (JAG)

MS. ZOE LABOY, et al.,

Defendants

## O R D E R

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Notice of Appearance, 06-11-02. | 241 | Noted. |

In San Juan, Puerto Rico, this 17th day of June, 2002.

JUSTO ARENAS
United States Magistrate Judge