IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

Maria Alsina Ortiz

v.

Zoe Laboy et al

Case No.: 98-1893 (JAG)

ORDER

| MOTION | RULING |
|---|---|
| Date Filed: 8/21/02  Docket: 249 | Granted |
| ( ) Plffs  (✓) Defts | |
| ( ) Other | |
| Title: Motion to Withdraw and request for Extension of Time | |

Date 8/30/02   ( ) U.S. District Judge / (✓) U.S. Magistrate Judge

| Date: Filed: | Docket: | |
|---|---|---|
| ( ) Plffs | ( ) Defts | |
| ( ) Other | | |
| Title: | | |

Date / / U. S. District Judge / / U. S. Magistrate Judge