UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA ORTIZ

**Plaintiff(s)**

v.   CIVIL NO. 98-1893 (JAG)

ZOE LABOY, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed**: 08/16/02<br>**Title**: Motion Requesting Leave to Reply to Opposition to Magistrate Judge's Report and Recommendation<br>**Docket(s)**: 248<br>[ ] **Plff(s)**   [ X ] **Dft(s)**   [ ] **Other** | **GRANTED.** |

Date: September 3, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


