UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA ORTIZ

**Plaintiff(s)**

v.  CIVIL NUMBER: 98-1893 (JAG)

ZOE LABOY, ET AL

**Defendant(s)**

MINUTES OF PROCEEDINGS

A Pretrial and/or Settlement Conference was held in chambers today at 10:30 am. Present at the meeting were: Atty. Glenn James-Hernández for the plaintiff; and Attys. Félix Roman and Maria Judith Surillo for the defendants. The Court **vacated** the **trial date** of **November 18, 2002,** and informed the parties that the trial would be rescheduled sometime before the end of this year. The parties have not been able to reach a settlement, but have informed the Court that they will continue to make an effort to reach an amicable solution to this lawsuit and will inform the Court of said efforts. The conference concluded at 11:45 am.

In San Juan, Puerto Rico, this 31st day of October 2002.

JAY A. GARCIA-GREGORY
U.S. District Judge