UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA ORTIZ
    Plaintiff(s)

v.

                              CIVIL NO. 98-1893 (JAG)

ZOE LABOY ET ALS.
    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/03/02<br>**Title:** Motion by Plaintiff to Extend Time until 10/28/02 to file opposition to motion in limine<br>**Docket(s):** 255<br><br>X Plaintiffs    ☐ Third Party<br>☐ Defendant(s)    ☐ Other | MOOT. |
| **Date Filed:** 11/21/02<br>**Title:** Motion to Join Motion for Summary Judgment<br>**Docket(s):** 268<br><br>☐ Plaintiffs    ☐ Third Party<br>X Defendant(s)    ☐ Other | GRANTED. |
| **Date Filed:** 12/04/02<br>**Title:** Motion to Accept Spanish Language Documents and to Extend Time until 1/3/03 to file the corresponding translations<br>**Docket(s):** 270<br><br>X Plaintiffs    ☐ Third Party<br>☐ Defendant(s)    ☐ Other | MOOT. |

| | |
|---|---|
| **Date Filed:** 8/07/2003 | GRANTED. |
| **Title:** Motion to Withdraw as Attorney | |
| **Docket(s):** 274 | |
| ☐ Plaintiffs    ☐ Third Party<br>X Defendant(s)  ☐ Other | |

Date: September 9, 2003

*/s/ Jay A. Garcia-Gregory*
JAY A. GARCIA-GREGORY
U.S. District Judge