UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA ORTIZ, ET ALS.
    **Plaintiff(s)**

v.

CIVIL NO. 98-1893 (JAG)

ZOE LABOY, ET ALS.
    **Defendant(s)**

---

## JUDGMENT

Pursuant to the Order issued today and for the reasons stated therein, the federal law claims in the above-captioned action are dismissed with prejudice. The state law claims are dismissed without prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED

In San Juan, Puerto Rico, this 26th day of September, 2003.

JAY A. GARCIA-GREGORY
U.S. District Judge