IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| MARÍA ALSINA ORTIZ, ET. AL. AND/OR THE ESTATE OF MR. ORLANDO OCASIO ALSINA COMPOSE OF MARÍA ALSINA ORTIZ | * * * * * | CIVIL NO. 98-1893 (JAG) |
| PLAINTIFFS | * * | |
| VS. | * * | |
| MS. ZOE LABOY IN HER PERSONAL CAPACITY, JOHN DOE IN HIS PERSONAL CAPACITY AND, ET. ALS. | * * * * | |
| DEFENDANTS | * * | |

* * * * * * * * * * * * * *

**NOTICE OF APPEAL**

**TO THE HONORABLE COURT:**

    **COME NOW**, Maria Alsina Ortiz and the Estate of Mr. Orlando Ocasio Alsina compose of Maria Alsina Ortiz, through their undersigned attorney and very respectfully state, allege and pray:

    Notice is hereby given that Maria Alsina Ortiz and the Estate of Mr. Orlando Ocasio Alsina compose of Maria Alsina Ortiz appeal to the United States Court of Appeals for the First Circuit, from the Opinion and Order under docket number 277 and docketed September 29, 2003, from the Judgment under docket number 278 docketed September 29, 2003, the Report and Recommendation of Magistrate Judge Justo Arenas docket number

244 and/or other orders related to the request for summary judgment in where the Honorable Court dismissed the instant complaint for violation of civil rights under 42 U.S.C. § 1983.

Eight copies of this Notice of Appeal are filed together with this document at the Clerk's office.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY:** that on this same date a true and exact copy of this document has been sent by certify mail with return receipt to Maria J. Surrillo, Esq., Commonwealth Department of Justice, Federal Litigation Division, PO Box 9020192, San Juan, PR 00902-0192; Francisco A. Ojeda-Diez, United States Attorney's Office, Torre Chardon, 350 Carlos Chardon St., Suite 1201, San Juan, PR 00918; Felix M. Román-Carrasquillo, P.O. Box 71405, San Juan, P.R. 00936-8505 and Elfrick Mendez Morales, Esq., PMB 150, 138 W. Churchill Ave. San Juan, P.R. 00926-6023.

In San Juan, Puerto Rico, this 29 of October 2003.

JAMES LAW OFFICES
PMB 501
1353 Rd. 19
Guaynabo, PR  00966-2700
Tel.: (787) 763-2888
Fax: (787) 763-2881
E-mail: jameslawoffices@centennialpr.net

GLENN CARL JAMES
USDC-PR  207,706

2