UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
Transmittal of Record to the Court of Appeals

DATE: November 21, 2003

DC #: 98-1893 (JAG)

APPEAL FEE PAID: YES  X    NO ___

CASE CAPTION: María Alsina-Ortiz   v.   Zoe Laboy

IN FORMA PAUPERIS: YES ___   NO  X

MOTIONS PENDING: YES  X    NO ___

NOTICE OF APPEAL FILED BY: Plaintiffs

APPEAL FROM: Judgment and Opinion & Order entered on 09/29/03

SPECIAL COMMENTS: Copies of original documents

INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:

DOCUMENTS:                                                   VOLUMES:

Docket Entries   277-279                                     I

I HEREBY certify that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Xiomara Muniz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c: ICMS Parties, Docket Clerk, Appeals Clerk