UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
Transmittal of Supplemental Record to the Court of Appeals

DATE: December 17, 2003

DC #: 98-1893 (JAG)

CCA #: 03-2611

CASE CAPTION: María Alsina-Ortiz   v.   Zoe Laboy

SPECIAL COMMENTS: Original documents in file folders

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

| DOCUMENTS: | VOLUMES: |
|---|---|
| **BOX 1:** | |
| Docket Entries 1-36 | I |
| Docket Entries 37-64 | II |
| Docket Entries 65-86 | III |
| Docket Entries 87-94 | IV |
| Docket Entries 95-97 | V |
| Docket Entries 98-119 | VI |
| **BOX 2:** | |
| Docket Entries 120-133 | VII |
| Docket Entries 134-160 | VIII |
| Docket Entries 161-185 | IX |
| Docket Entries 186-189 | X |
| Docket Entries 190-204 | XI |
| Docket Entries 205-225 | XII |
| Docket Entries 226-260 | XIII |
| Docket Entries 261-281 | XIV |

I HEREBY CERTIFY that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the supplemental record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Xiomara Muniz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c: ICMS Parties, Docket Clerk, Appeals Clerk