# United States Court of Appeals
## For the First Circuit

No. 03-2611

MARÍA ALSINA-ORTIZ; THE ESTATE OF ORLANDO OCASIO-ALSINA,
(composed of María Alsina-Ocasio)

Plaintiffs, Appellants,

v.

ZOÉ LABOY; CONJUGAL PARTNERSHIP OCHOA-LABOY; SIXTO MARRERO; CÁNDIDA ROSA ORTIZ-ZAYAS, a/k/a JANE DOE 98CV1893; CONJUGAL PARTNERSHIP DOE-GUZMÁN; EMILIO CASTILLO; MERCEDES ROSADO, a/k/a MARY DOE; 98CV1893; CONJUGAL PARTNERSHIP CASTILLO ROSADO; ILEANA TORRES-MOJICA; JOE DOE 98CV1893; CONJUGAL PARTNERSHIP DOE-TORRES; CONJUGAL PARTNERSHIP TORRES-MÉNDEZ; CLARK DOE 98CV1893; CONJUGAL PARTNERSHIP MELECIO-AYALA, a/k/a CONJUGAL PARTNERSHIP MELECIO-DOE; JAKE DOE 98CV1893,

Defendants, Appellees.

DELFOS OCHOA, a/k/a JOHN DOE 98CV1893; ELLIOT MELECIO-VEGA; AMARILIS AYALA-MARTÍNEZ, wife of Dr. Elliot Melecio-Vega; ERNESTO TORRES-ARROYO; OLGA I. MÉNDEZ-FLORES, a/k/a NANCY DOE 98CV1893; AIDA GUZMÁN; ILEANA TORRES-MOJICA,

Defendants.

**JUDGMENT**

Entered: March 9, 2005

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By:_____  Date:_____

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court judgment dismissing Maria Alsina-Ortiz's claims against Zoe Laboy-Alvarado and Sixto Marrero-Rodriguez is affirmed; as to Emilio Castillo, the judgment is vacated and the case remanded for further proceedings consistent with the opinion issued this day. Each side shall bear its own costs on this appeal.

**By the Court:**

RICHARD CUSHING DONOVAN
_____
Richard Cushing Donovan, Clerk

[Certified copies to Hon. Jay A. Garcia-Gregory and Ms. Frances de Moran, Clerk, United States District Court for Puerto Rico. Copies to Mr. Hernandez, Mr. Mendez-Morales, Mr. Carrasquillo, Ms. Soroeta-Kodesh.]