```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF PUERTO RICO
```

| | | |
|---|---|---|
| MARIA ALSINA ORTIZ, | * | CIVIL NO. 98-1893 (JAG) |
| AND/OR THE ESTATE OF MR. | * | |
| ORLANDO OCASIO ALSINA | * | |
| COMPOSE OF MARIA ALSINA | * | |
| ORTIZ | * | |
| | * | |
| PLAINTIFFS | * | PLAINTIFFS DEMAND TRIAL |
| | * | |
| VS. | * | |
| | * | BY JURY |
| MS. ZOE LABOY IN HER PERSO- | * | |
| NAL CAPACITY, DELFOS OCHOA | * | |
| HIS PERSONAL CAPACITY AND | * | |
| THE CONJUGAL PARTNERSHIP | * | |
| OR COMMUNITY PROPERTY | * | |
| CONSTITUTED BETWEEN ZOE | * | |
| LABOY AND DELFOS OCHOA; | * | |
| ET.AL. | * | |
| | * | |
| DEFENDANTS | * | |
| | * | |
| * * * * * * * * * * * * * * * | | |

**INFORMATIVE MOTION**

**TO THE HONORABLE COURT:**

   **COME NOW**, Plaintiffs through their undersigned attorney, and respectfully state and pray:

   1.   In order to amend the Proposed Pretrial Order, we invite Emilio Castillo's attorney to meet on April 19, 2005 at 1:00 p.m. The second alternative, on April 20, 2005 at 3:00 p.m. Third alternative, on April 21, 2005 at 3:00 p.m. If no objection to this document is made the meeting will take place on **April 19, 2005 at 1:00 p.m. at Peñuelas 65-C, Hato Rey, PR 00918.**

**WHEREFORE,** Plaintiffs respectfully request this Honorable Court to take notice.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY:** I hereby certify that on 7 day of April, 2005 I electronically filed the foregoing with the Clerk of the Court, using CM/ECF system which will send notification of such filing: mcanales_ydrach@zonai.com, elfrickmendez@yahoo.com, elfrick@hotmail.com, cjmoralesb@hotmail.com, rrs@caribe.net, francisco.ojeda@usdoj.gov, antonia.velez@usdoj.gov, romanlaw@tld.net, mlopez@qslaw.net, masurillo@justicia.gobierno.pr, surmari@yahoo.com, joestades@justicia.gobierno.pr.

In San Juan, Puerto Rico, this 7 day of April, 2005.

        s/ Glenn Carl James
        Glenn Carl James
        Attorney for Plaintiffs
        USDC-PR 207,706
        JAMES LAW OFFICE
        PMB 501
        1353 Rd. 19
        Guaynabo, PR 00966-2700
        Tel.(787)763-2888
        Fax:(787)763-2881
        E-mail:
        jameslawoffices@centennialpr.net