```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF PUERTO RICO

MARÍA ALSINA ORTIZ, ET. AL.    *    CIVIL NO. 98-1893 (JAG)
AND/OR THE ESTATE OF MR.       *
ORLANDO OCASIO ALSINA          *
COMPOSE OF MARÍA ALSINA        *
ORTIZ                          *
                               *    PLAINTIFFS DEMAND TRIAL
PLAINTIFFS                     *
                               *    BY JURY
VS.                            *
                               *
MS. ZOE LABOY IN HER PERSO-    *
NAL CAPACITY, JOHN DOE IN      *
HIS PERSONAL CAPACITY AND,     *
ET. ALS.                       *
                               *
DEFENDANTS                     *
                               *
* * * * * * * * * * * * * * * *
```

**INFORMATIVE MOTION**

**COME NOW,** Plaintiffs through their undersigned attorney, and respectfully state and pray:

1. Plaintiffs made a good faith effort to amend the joint proposed pretrial order. Plaintiffs invited the following attorneys by electronic mail: Elfrick Méndez-Morales, Esq., Carlos J. Morales-Bauzá, Esq., Francisco A. Ojeda-Diez, Esq., Félix M. Román-Carrasquillo, Esq., and María Judith Surillo, Esq.

2. Also, Plaintiffs invited by letter the following attorneys: Irene S. Soroeta-Kodesh, Esq., and Jo Ann Estades, Director of Federal Litigation Division (See Exhibit A).

3. Nobody appeared at the meeting on April 19, 2005.

1

4. On this same day plaintiffs notify their part of the proposed pretrial order, so that defendants be duly notified of plaintiff's part, and on April 22, 2005 both parties could filed a joint version.

5. Plaintiffs are willing to file on April 22, 2005 a Joint Proposed Pretrial Order, if defendants provide copy of their part so it could be jointly filed.

**WHEREFORE**, the appearing party requests to the Honorable Court to take notice.

**RESPECTFULLY SUBMITTED**.

**I HEREBY CERTIFY:** I hereby certify that on 20 day of April, 2005 I electronically filed the foregoing with the Clerk of the Court, using CM/ECF system which will send notification of such filing: elfrickmendez@hayoo.com, elfrick@hotmail.com, cjmoralesb@hotamil.com, rrs@caribe.net, francisco.ojeda@usdoj.gov, antonia.velez@usdoj.gov, romanlaw@tld.net, mlopez@qslaw.net, masurillo@justicia.gobierno.pr, surmari@hayoo.com, joestades@justicia.gobierno.pr and I hereby certify that I have mailed the document to the following non CM/ECF participants: Jo-Ann Estades, Esq., Director, Federal Litigation Division, Department of Justice, P.O. Box 9020192, San Juan, PR 00902-0192; Irene S. Soroeta-Kodesh, Esq., Assistant Solicitor General, Commonwealth of Puerto Rico, Department of Justice, Office of the

Solicitor General, P.O. Box 9020192, San Juan, PR 0902-0192 and Quiñones & Sánchez, P.S.C., P.O. Box 71405, San Juan, PR 00936-8505.

    At San Juan, Puerto Rico, 20 of April, 2005.

                              s/Glenn Carl James
                              Glenn Carl James, Esq.
                              USDC-PR 207,706
                              Attorney for Plaintiffs
                              JAMES LAW OFFICE
                              PMB 501
                              1353 Rd. 19
                              Guaynabo, PR 00966-2700
                              Tel.(787)763-2888
                              Fax:(787)763-2881
                              E-mail:
                              jameslawoffices@centennialpr.net