# GLENN CARL JAMES LAW OFFICES

Attorney at Law License # 11,237
Calle Peñuelas # 65-C
Hato Rey, PR 00918
PMB 501, 1353 Rd. 19
Guaynabo, PR 00966-2700
Tel. (787) 763-2888    Fax (787) 763-2881

April 7, 2005
Via fax and regular mail

Irene S. Soroeta-Kodesh, Esq.
Assistant Solicitor General
Commonwealth of Puerto Rico
Department of Justice
Office of the Solicitor General
P.O. Box 9020192
San Juan, PR 00902-0192

Jo-Ann Estades, Esq.
Director
Federal Litigation Division
Department of Justice
P.O. Box 9020192
San Juan, PR 00902-0192

Félix M. Román-Carrasquillo, Esq.
Quiñones & Sánchez, P.S.C.
P.O. Box 71405
San Juan, PR 00936-8505

Re: María Alsina Ortiz, et.al
vs. Zoe Laboy, et.al

Dear counsels:

In order to amend the Proposed Pretrial Order, we invite Emilio Castillo's attorney to meet on April 19, 2005 at 1:00 p.m. The second alternative, on April 20, 2005 at 3:00 p.m. Third alternative, on April 21, 2005 at 3:00 p.m. If no objection to this letter is made the meeting will take place on **April 19, 2005 at 1:00 p.m. at Peñuelas 65-C, Hato Rey, PR 00918 at 1:00 p.m.**

With anything else further, I remain.

Very truly yours,

Glenn Carl James