IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA ORTIZ, ET ALS.         CIVIL NO. 98-01893 (JAG)

    Plaintiffs

        V.

ZOE LABOY, ET ALS.

    Defendants
_____///.

SPECIAL APPEARANCE TO REPLY TO
PLAINTIFF'S INFORMATIVE MOTION

TO THE HONORABLE COURT:

    COMES NOW the undersigned attorney and very respectfully state and pray:

1. Today, plaintiffs filed and informative motion in which it is stated that plantiff's counsel invited the undersigned, among other attorneys, to a meeting for purposes of amending the Pretrial Order in this case. The motion further states that the undersigned did not attend the meeting.

2. In view of the contents of plaintiff's motion, we hereby remind plaintiff's attorney that on August 21, 2002, more than two and a half years ago, we requested leave to withdraw as attorney for the defendants in this matter. (Docket #249). Said request was granted by the Court by Order of

September 3, 2002. (Docket #250). Indeed, the docket of this case shows that we were terminated as attorney of record. Therefore, it is clear that, in regard to the undersigned, plaintiff's motion is ill directed.

WHEREFORE it is respectfully requested that the Court take notice of this motion for all pertinent purposes.

Respectfully submitted.

In San Juan, Puerto Rico, on April 20th. 2005.

I hereby certify that on this same date I have electronically filed copy of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following to the attorneys of record in this case.

*S/ Carlos J. Morales Bauzá*
**CARLOS J. MORALES BAUZÁ**
USDC-PR NO202809
ROSSELLO & MORALES CSP
PO Box 193540
San Juan, P.R. 00919-3540
Tel. (787) 765-4540; Fax 765-4066
cjmoralesb@hotmail.com