IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARIA ALSINA ORTIZ, ET AL.<br><br>Plaintiffs<br><br>vs.<br><br>ZOE LABOY ALVARADO, IN HER PERSONAL CAPACITY, ET AL.<br><br>Defendants | CIVIL CASE NO. 98-1893 (CC)<br><br>PLAINTIFFS DEMAND TRIAL BY JURY |

**NOTICE OF APPEARANCE AND EXTENSION OF TIME**

**TO THE HONORABLE COURT:**

**COMES NOW** defendant in his personal capacity, through the undersigned attorney and respectfully states, alleges and prays as follows:

## I.   INTRODUCTION

1.0.   The present case was been remanded to this court for further proceedings. Attorney Maria Judith Surillo, from the Department of Justice, has been until now the leading counsel for defendants. Unfortunately, because of some serious personal situation, she has requested and granted a leave form a period of one year. Consequently, attorney Surillo will not be able to handle the defense in this case any longer.

1.1.   On the 20th day of April 2005, this case was assigned to the undersigned who is in the process of getting the extensive file (about ten boxes of documents) for review. Yesterday, 21st day of April 2005, the parties held a telephone conversation where attorney for the Plaintiff did informed the undersigned the fact that the Pre-trial Memorandum would be due today. We agreed as to the fact that the undersigned would need some time to study the extensive file and prepare to draft the pre-trial

memorandum. Attorney for the Plaintiff, informed the undersigned that he would consent to the granting of an extension of time of twenty days for defendants counsel to prepare the pre-trial memorandum.

1.2. The Federal Litigation Division of the Department of Justice is facing a very tough crisis due to the fact that there are only six attorneys working for the division at this time and because of some administrative affairs, they are unable to hire additional attorneys right away. Notwithstanding they are working on it. Consequently, the six attorneys who are working for the division are overloaded with work. Truly, the situation is gotten worst than ever.

1.3. Due to all the above-stated, the undersigned will need more than twenty (20) days to study the extensive file for this case and prepare for a pre-trial. The undersigned hopes that this Honorable Court will be understanding about the undersigned attorney' situation and grant the undersigned at least, thirty (30) days to file the pre-trial order, so that the appearing defendant can assure a responsible legal representation.

**WHEREFORE**, the undersigned attorney very respectfully request that this Honorable Court grants the present motion and consequently allows the undersigned to assume legal representation of defendant, and grant an extension of time of no less than thirty (30) days to file the pre-trial memorandum.

**I HEREBY CERTIFY** that on the 18th day of August 2004, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will sent notification of such filing to the attorneys of record.

**RESPECTFULLY SUBMITTED.**

At San Juan, Puerto Rico, 22nd day of April 2005..

**ROBERTO J. SANCHEZ RAMOS**
Secretary of Justice

**ARLENE GARDON RIVERA**
Assistant Attorney General
In Charge of Litigation

**JO-ANN ESTADES BOYER**
Director of the Federal Litigation Division

*S/Lavy Aparicio López*
**LAVY  APARICIO LOPEZ**
Attorney at Law
USDC-PR Bar No. 219503

**Department of Justice of the**
**Commonwealth of Puerto Rico**
P.O. Box 902192
San Juan Puerto Rico 00902-0192
Tel. (787) 721-2900 Ext. 2615
Fax: No. (787) 723-9188
E-Mail: laaparicio@justicia.gobierno.pr