IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **MARIA ALSINA ORTIZ,** | * | **CIVIL NO. 98-1893 (JAG)** |
| **AND/OR THE ESTATE OF MR.** | * | |
| **ORLANDO OCASIO ALSINA** | * | |
| **COMPOSE OF MARIA ALSINA** | * | |
| **ORTIZ** | * | |
| | * | |
| **PLAINTIFFS** | * | **PLAINTIFFS DEMAND TRIAL** |
| | * | |
| **VS.** | * | |
| | * | **BY JURY** |
| **MS. ZOE LABOY IN HER PERSO-** | * | |
| **NAL CAPACITY, ET.AL.** | * | |
| | * | |
| **DEFENDANTS** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION REQUESTING AN EXTENSION OF TIME
UNTIL JUNE 6, 2005 FOR THE JOINT PROPOSED PRE-TRIAL ORDER
AND JUNE 7 OR 9, 2005 FOR THE PRE TRIAL AND SETTLEMENT CONFERENCE**

**TO THE HONORABLE COURT:**

**COME NOW,** Plaintiffs through their undersigned attorney, and respectfully state and pray:

1. Defendants' counsel requested to plaintiffs' attorney if an extension of time could be filed so that the parties could file the joint proposed pretrial order and attend to the pre trial and settlement hearing.

2. In order to file the propose pre trial order, the parties need an extension of time[1]. The expiration date for the period sought to be extended is May 26, 2005. The expiration date of the proposed extension is June 6, 2005. See Local Rule 6 (a).

---

[1] See at docket 291, Plaintiffs' Proposed Pretrial Order

3. In order to attend to the settlement conference and pre trial hearing, the parties need an extension of time. The expiration date for the period sought to be extended is June 2, 2005. The expiration date of the proposed extension requested by the plaintiffs is June 7 or 9, 2005. See Local Rule 6 (a).

4. The reason why the extension of time is requested is because plaintiffs' attorney was informed by defendants' attorney that the committee of the Department of Justice that approves a settlement will meet and probably approve an amount for an offer of settlement. A similar case to this one was filed against the Commonwealth of Puerto Rico under the theory negligence. Defendant's attorney working in the case against the Commonwealth of Puerto Rico together with defendants' attorney in this case, are preparing memorandums for the committee of the Department of Justice in order to settle both cases at the same time. As informed by both attorneys, they expect that the committee will approve soon an amount for an offer of settlement. In order to have a productive settlement hearing an extension of time is requested.

**WHEREFORE,** the appearing party requests to grant the extension of time stated above.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY,** I hereby certify that on 24 day of May, 2005 I electronically filed the foregoing with the Clerk of the Court,

using CM/ECF system which will send notification of such filing:

NK"mailto:laaparicio@justicia.gobierno.pr"laaparicio@justicia.gobierno.pr.

    In San Juan, Puerto Rico, 24 day of May, 2005.

                            s/Glenn Carl James  
                            Glenn Carl James, Esq.  
                            USDC-PR 207,706  
                            Attorney for Plaintiffs  
                            JAMES LAW OFFICE  
                            PMB 501  
                            1353 Rd. 19  
                            Guaynabo, PR 00966-2700  
                            Tel.(787)763-2888  
                            Fax:(787)763-2881  
                            E-mail:  
                            **jameslawoffices@centennialpr.net**