```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF PUERTO RICO

MARÍA ALSINA ORTIZ, ET. AL.    *    CIVIL NO. 98-1893 (JAG)
AND/OR THE ESTATE OF MR.       *
ORLANDO OCASIO ALSINA          *
COMPOSE OF MARÍA ALSINA        *
ORTIZ                          *
                               *    PLAINTIFFS DEMAND TRIAL
PLAINTIFFS                     *
                               *    BY JURY
VS.                            *
                               *
MS. ZOE LABOY IN HER PERSO-    *
NAL CAPACITY, JOHN DOE IN      *
HIS PERSONAL CAPACITY AND,     *
ET. ALS.                       *
                               *
DEFENDANTS                     *
                               *
* * * * * * * * * * * * * * * *
```

**INFORMATIVE MOTION**

**TO THE HONORABLE COURT:**

    **COME NOW,** Plaintiffs through their undersigned attorney, and respectfully state and pray:

    1.   Plaintiffs will use at the pre-trial, Plaintiffs' Proposed Pre-trial Order that was filed at docket 291.

    2.   Plaintiffs made a good faith effort to file a joint proposed pre-trial order.(See Exhibit A and docket 288).

    **WHEREFORE,** Plaintiffs respectfully request this Honorable Court to take notice of the above stated.

    **RESPECTFULLY SUBMITTED.**

    **I HEREBY CERTIFY:** I hereby certify that on 6 day of June, 2005 I electronically filed the foregoing with the Clerk of the

1

Court, using CM/ECF system which will send notification of such filing: joestades@justicia.gobierno.pr, laaparicio@justicia.gobierno.pr.

In San Juan, Puerto Rico, 6 of June, 2005.

        s/Glenn Carl James
        Glenn Carl James, Esq.
        USDC-PR 207,706
        Attorney for Plaintiffs
        JAMES LAW OFFICE
        PMB 501
        1353 Rd. 19
        Guaynabo, PR 00966-2700
        Tel.(787)763-2888
        Fax:(787)763-2881
        E-mail: jameslawoffices@centennialpr.net