

# GLENN CARL JAMES LAW OFFICES

Attorney at Law License # 11,237
Calle Peñuelas # 65-C
Hato Rey, PR 00918
PMB 501, 1353 Rd. 19
Guaynabo, PR 00966-2700
Tel. (787) 763-2888    Fax (787) 763-2881

June 3, 2005
Via fax and regular mail

Jo-Ann Estades Boyer
Director of the Federal Litigation Division
Lavy Aparicio, Esq.
Department of Justice
of Commonwealth of Puerto Rico
P.O. Box 902192
San Juan, PR 00902-0192

Re: María Alsina Ortiz, et.al
vs. Zoe Laboy, et.al

Dear counsels:

I have not received your part of the propose pre-trial order, so it could be jointly filed on Monday June 6, 2005.

With anything else further, I remain.

Very truly yours,

Glenn Carl James