IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARIA ALSINA ORTIZ, ET AL.<br><br>Plaintiffs<br><br>V.<br><br>ZOE LABOY ALVARADO, ET. AL.<br><br>Defendants | CIVIL CASE NO. 98-1893 (CC)<br><br>PLAINTIFFS DEMAND<br>TRIAL BY JURY |

**INFORMATIVE MOTION**

**TO THE HONORABLE:**

Defendant Emilio Castillo, in his personal capacity, through the undersigned attorney and respectfully states, alleges and prays as follows:

1.0. A joint pre-trial was previously filed in this case. Defendant will use that pre-trial Order and those defendants are who not parties any longer will be testifying as witness instead of, as defendants.

1.1. In addition, the parties are presently negotiating to reach a settlement in this case. The parties have not been able to reach an agreement yet, but the Department of Justice is still hopeful that this case will be finally settled.

**WHEREFORE**, the appearing defendant very respectfully request that this Honorable Court take notice of the above.

**RESPECTFULLY SUBMITTED.**

At San Juan, Puerto Rico, this 6th day of June 2005.

I HEREBY CERTIFY that on the 6th day of June 2005, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will sent notification of such filing to the attorneys of record.

**ROBERTO J. SANCHEZ RAMOS**
Secretary of Justice

**ARLENE GARDON RIVERA**
Assistant Attorney General
In Charge of Litigation

**JO-ANN ESTADES BOYER**
Director of the Federal Litigation Division

*S/Lavy Aparicio López*
**LAVY APARICIO LOPEZ**
Attorney at Law
USDC-PR Bar No. 219503

**Department of Justice of the**
**Commonwealth of Puerto Rico**
P.O. Box 902192
San Juan Puerto Rico 00902-0192
Tel. (787) 721-2900 Ext. 2615
Fax: No. (787) 723-9188
E-Mail: laaparicio@justicia.gobierno.pr