IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| MARIA ALSINA ORTIZ, | * | CIVIL NO. 98-1893 (JAG) |
| AND/OR THE ESTATE OF MR. | * | |
| ORLANDO OCASIO ALSINA | * | |
| COMPOSE OF MARIA ALSINA | * | |
| ORTIZ | * | |
| | * | |
| PLAINTIFFS | * | PLAINTIFFS DEMAND TRIAL |
| | * | |
| VS. | * | |
| | * | BY JURY |
| MS. ZOE LABOY IN HER PERSO- | * | |
| NAL CAPACITY, ET.AL. | * | |
| | * | |
| DEFENDANTS | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTIFICATION OF CHANGE OF PHYSICAL ADDRESS

TO THE HONORABLE COURT OR CLERK:

**COME NOW,** Plaintiffs through their undersigned attorney and respectfully state and pray:

1.   I am informing that since September 6, 2005, my physical address is located at: Calle Peñuelas **65-A**, San Juan, PR 00918.

**Any mail it can be forward to my postal address:**

**PMB 501, 1353 Rd.  19**

**Guaynabo, PR 00966-2700**

The telephone numbers are: (787)763-2888, (787)763-2885 and the fax number is (787)763-2881.

2.   The appearing party attached the current address notice.

1

**WHEREFORE,** the appearing party very respectfully request to the Honorable Court or the parties any mail be forwarded to my postal address.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY:** that on 19 day of September, 2005, I electronically filed the foregoing wit the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: laaparicio@justicia.gobierno.pr, rurodriguez@justicia.gobierno.pr, joestades@justicia.gobierno.pr, lavyaparicio@yahoo.com, mcanales_ydrach@zonai.com, elfrickmendez@yahoo.com, elfrick@hotmail.com, ejmoralesb@hotmail.com, rrs@caribe.net, Francisco.ojeda@usdoj.gov, Antonia.velez@usdoj.gov, romanlaw@ltd.net, mlopez@qslaw.net, masurillo@justicia.gobierno.pr, surmari@yahoo.com.

In San Juan, Puerto Rico, 19 day of September, 2005.

s/ Glenn Carl James
Glenn Carl James
Attorney for Plaintiff
USDC-PR 207,706
JAMES LAW OFFICE
Postal address
PMB 501
1353 Rd. 19
Guaynabo, PR 00966-2700
Physical address
Calle Peñuelas 65-A
San Juan, PR 00918
Tel.(787)763-2888
Fax:(787)763-2881
E-mail:
jameslawoffices@centennialpr.net