UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

## CURRENT ADDRESS NOTICE

PLEASE INCLUDE THIS NOTICE WITH THE FILING OF YOUR CIVIL COVER SHEET AND COMPLAINT. YOU HAVE AN ONGOING RESPONSIBILITY TO KEEP THE COURT INFORMED OF YOUR CURRENT ADDRESS.

NOTICES MAY NOT BE RECEIVED IF YOU DO NOT COMPLY WITH THIS REQUEST.

| NAME OF ATTORNEY: |
|---|
| JAMES, GLENN CARL |

(Last Name, First Name, Initial)

| OFFICE ADDRESS: |
|---|
| Calle Peñuelas Núm. 65-A |
| Hato Rey, PR 00918 |

TELEPHONE NO. (787)763-2888/(787)763-2885  FAX NO. (787)763-2881

| MAILING ADDRESS: |
|---|
| PMB 501 |
| 1353 Rd.19 |
| Guaynabo, PR 00966-2700 |

USDC NO. 207,706