```
               IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF PUERTO RICO
```

| | | |
|---|---|---|
| MARIA ALSINA ORTIZ, | * | CIVIL NO. 98-1893 (JAG) |
| AND/OR THE ESTATE OF MR. | * | |
| ORLANDO OCASIO ALSINA | * | |
| COMPOSE OF MARIA ALSINA | * | |
| ORTIZ | * | |
| | * | |
| PLAINTIFFS | * | PLAINTIFFS DEMAND TRIAL |
| | * | |
| VS. | * | |
| | * | BY JURY |
| MS. ZOE LABOY IN HER PERSO- | * | |
| NAL CAPACITY, DELFOS OCHOA | * | |
| HIS PERSONAL CAPACITY AND | * | |
| THE CONJUGAL PARTNERSHIP | * | |
| OR COMMUNITY PROPERTY | * | |
| CONSTITUTED BETWEEN ZOE | * | |
| LABOY AND DELFOS OCHOA; | * | |
| MR. SIXTO MARRERO IN HIS | * | |
| PERSONAL CAPACITY, CANDIDA | * | |
| ROSA ORTIZ ZAYAS | * | |
| IN HER PERSONAL CAPACITY, | * | |
| AND THE COMMUNITY PROPERTY | * | |
| OR CONJUGAL PARTNERSHIP | * | |
| CONSTITUTED BETWEEN SIXTO | * | |
| MARRERO AND CANDIDA ROSA | * | |
| ORTIZ ZAYAS; MS. AIDA GUZMAN | * | |
| IN HER PERSONAL CAPACITY, | * | |
| BILL DOE IN HIS PERSONAL | * | |
| CAPACITY AND THE CONJUGAL | * | |
| PARTNERSHIP OR COMMUNITY | * | |
| PROPERTY CONSTITUTED | * | |
| BETWEEN MS. AIDA GUZMAN AND | * | |
| BILL DOE; MR. EMILIO | * | |
| CASTILLO IN HIS | * | |
| PERSONAL CAPACITY, MERCEDES | * | |
| ROSADO IN HER PERSONAL | * | |
| CAPACITY AND THE COMMUNITY | * | |
| PROPERTY OR CONJUGAL | * | |
| PARTNERSHIP CONSTITUTED | * | |
| BETWEEN EMILIO CASTILLO AND | * | |
| MERCEDES ROSADO AND MS. | * | |
| MERCEDES ROSADO IN | * | |
| REPRESENTATION OF EMILIO | * | |
| CASTILLO; DOCTOR ILEANA | * | |

1

```
TORRES ARROYO IN HER           *
PERSONAL CAPACITY, JOE DOE     *
IN HIS PERSONAL CAPACITY,      *
AND THE COMMUNITY PROPERTY     *
OR CONJUGAL PARTNERSHIP        *
CONSTITUTED BETWEEN JOE DOE    *
AND DOCTOR ILEANA TORRES;      *
DOCTOR ERNESTO TORRES ARROYO   *
IN HIS PERSONAL CAPACITY,      *
OLGA I. MENDEZ FLORES IN       *
HER PERSONAL CAPACITY,         *
AND THE CONJUGAL PARTNERSHIP   *
OR COMMUNITY PROPERTY          *
CONSTITUTED BETWEEN DOCTOR     *
ERNESTO TORRES ARROYO AND      *
OLGA I. MENDEZ FLORES;         *
X, Y and Z INSURANCES          *
COMPANIES; DOCTOR ELLIOT       *
MELECIO VEGA IN HIS PERSONAL   *
CAPACITY, AMARILIS             *
AYALA MARTINEZ IN HER          *
PERSONAL CAPACITY, THE         *
CONJUGAL PARTNERSHIP OR        *
COMMUNITY PROPERTY             *
CONSTITUTED BETWEEN DOCTOR     *
ELLIOT MELECIO VEGA AND        *
AMARLIS AYALA MARTINEZ,        *
AND JAKE DOE                   *
                               *
DEFENDANTS                     *
                               *
* * * * * * * * * * * * * * *
```

**PLAINTIFFS' SUPPLEMENT TO THEIR PROPOSED VOIR DIRE**

**TO THE HONORABLE COURT:**

    **COME NOW,** Plaintiffs through their undersigned attorney, and respectfully state and pray:

    Plaintiffs hereby supplement the document entitled Plaintiffs' Propose Voir Dire filed at docket 303, with the following two questions:

**LIST OF VOIR DIRE QUESTIONS (MOST ARE PEREMPTORY CHALLENGES)**

75. If the juror has any children.

76. If the juror or any family member of the jury have been a victim of crime.

   **WHEREFORE,** Plaintiffs respectfully request this Honorable Court to accept their supplement to their proposed voir dire.

   **RESPECTFULLY SUBMITTED.**

   **I HEREBY CERTIFY,** that on October 21, 2005, I electronically filed the foregoing with the Clerk of the Court, using CM/ECF system which will send notification of such filing: laaparicio@justicia.gobierno.pr, rurodriguez@justicia.gobierno.pr; joestades@justicia.gobierno.pr; lavyaparicio@yahoo.com.

   In San Juan, Puerto Rico, this 21 day of October 2005.

>    s/Glenn Carl James
>    Glenn Carl James
>    JAMES LAW OFFICES
>    PMB 501
>    1353 Rd.19
>    Guaynabo, PR 00966-2700
>    Tel.: (787)763-2888
>    Fax: (787)763-2881
>    E-mail:
>    jameslawoffices@centennialpr.net
>    Attorney for the plaintiff

3