IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MARIA ALSINA ORTIZ, ET AL.,**<br>**Plaintiffs,**<br><br>v.<br><br>**MS. ZOE LABOY, ET. AL**<br>**Defendants.** | **CIVIL NO. 98-1893 (JAG)** |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

**COME NOW**, the defendant Emilio Castillo, through the undersigned attorney and very respectfully alleges and prays as follows:

1. The above-referenced case has been recently assigned to the undersigned by the Department of Justice.

2. It is respectfully requested from this Honorable Court and all other involved parties that take notice of the foregoing and that all future correspondence, including all of this Honorable Court's Orders, be addressed to the undersigned from now on.

**WHEREFORE**, it is respectfully requested from this Honorable Court to allow our appearance as attorney of record on behalf of the above-named codefendants in this case.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system: Glenn Carl James; jameslawoffices@centennialpr.net

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, October 2, 2005.

jgo notice of appearance 04-1866        1

**ROBERTO SANCHEZ RAMOS**
Secretary of Justice

**ARLENE GARDON RIVERA**
Interim Deputy Secretary
In Charge of Litigation

**JO ANN ESTADES BOYER**
Director of the Federal Litigation Division

*S/ JOSUÉ GONZALEZ ORTIZ*
**JOSUÉ GONZALEZ ORTIZ**
USDC-PR 221808
Department of Justice
Federal Litigation Division
P.O. Box 9020192
San Juan, PR 00902-0192
Tel. (787) 721-5636
Fax (787) 723-9188
Email: josgonzalez@justicia.gob.pr