```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA, ET. ALS.           *      CIVIL NO. 98-1893
ET.AL.                           *                (JAG)
                                 *      PLAINTIFFS DEMAND
PLAINTIFFS                       *      TRIAL BY JURY
                                 *
vs.                              *
                                 *
MS. ZOE LABOY, ET. ALS.          *
                                 *
DEFENDANTS                       *
************************************
```

**MOTION SUBMITTING PLAINTIFFS' INSTRUCTIONS TO THE JURY AND VERDICT FORM AT THE LAST PAGE**

**TO THE HONORABLE COURT:**

**COME NOW** the plaintiffs through their undersigned attorney and very respectfully state and pray:

1. Plaintiffs hereby attached their Proposed Jury Instructions and Verdict Form.

**WHEREFORE,** the appearing party very respectfully requests to the Honorable Court to accept plaintiffs proposed instructions to the jury and verdict form.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY:** that on October 25, 2005, I electronically filed the foregoing with the Clerk of the Court, using CM/ECF system which send notification of such filing: laaparicio@justicia.gobierno.pr, rurodriguez@justicia.gobierno.pr; joestades@justicia.gobierno.pr; and lavyaparicio@yahoo.com.

1

In San Juan, Puerto Rico, this 25 day of October, 2005.

    s/Glenn Carl James  
    Glenn Carl James  
    JAMES LAW OFFICES  
    PMB 501  
    1353 Rd.19  
    Guaynabo, PR 00966-2700  
    Tel.: (787)763-2888  
    Fax: (787)763-2881  
    E-mail jameslawoffices@centennialpr.net  
    USDC-PR 207,706