```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF PUERTO RICO

MARÍA ALSINA ORTIZ, ET. AL.    *    CIVIL NO. 98-1893 (JAG)
AND/OR THE ESTATE OF MR.       *
ORLANDO OCASIO ALSINA          *
COMPOSE OF MARÍA ALSINA        *
ORTIZ                          *
                               *    PLAINTIFFS DEMAND TRIAL
PLAINTIFFS                     *
                               *    BY JURY
VS.                            *
                               *
MS. ZOE LABOY IN HER PERSO-    *
NAL CAPACITY, JOHN DOE IN      *
HIS PERSONAL CAPACITY AND,     *
ET. ALS.                       *
                               *
DEFENDANTS                     *
                               *
* * * * * * * * * * * * * * * *
```

**URGENT MOTION REQUESTING ORDER**

**TO THE HONORABLE COURT:**

   **COME NOW,** Plaintiffs through their undersigned attorney, and respectfully state and pray:

   1.   Trial is scheduled on November 28, 2005. Plaintiff needs to have present at the trial inmates that have been notified as witnesses in the case. In order that the inmates be subpoena for trial, plaintiff needs the last physical known address of each inmate, because most of them are in other locations as of this date.

   2.   Plaintiff hereby provides the names and last known address of each inmate.

1

3. In order that plaintiff could subpoena the inmates for trial, plaintiff needs the names of the specific correctional facilities, building numbers and cells in which those inmates are present or will be present during the next 40 days. Furthermore, if the inmates are not more under the custody of the Administration of Correction, then plaintiff needs the last known residential address of the inmates and the last known address of any private institution in which the inmates could be subject to their custody.

4. Plaintiff's attorney is also requesting to order the wardens, correctional employees and correctional officers to allow plaintiff's attorney to access the inmates before and during the trial, at the physical facilities in which the inmates are located, but subject to the security measures. The reason why plaintiff requests this order is so that the plaintiff could prepare her case for trial.

5. The inmates that plaintiff needs the information requested above are:

    a.    Felix A. Ramos Moulier
           Cárcel Regional de Bayamón #5101 "2E"
           Bayamón, PR
           Calle 21 AA 29
           Jardines de Palmarejo
           Barrio San Isidro
           Canovanas, P.R.  00729
           Tel. 256-0556

    b.    Nathaniel Mojica Reyes

```
          Carcel Regional de Guayama
          Colonia Los Dolores
          Carr. # 3
          Interior 7710
          Guayama, P.R.


   c.     Javier Del Valle Llopiz
          Hogar Adaptación Social de Carolina
          Calle Amadeous # 8 Altos
          Carolina, P.R.  00985

   d.     Gilberto Rivera Rodríguez
          Hogar Adaptación Social de Río Piedras
          Calle Norte #64
          Río Piedras, P.R.  00925


   e.     Erick Diaz Davila
          Hospital de Psiquiatría Correccional
          Centro Médico
          Río Piedras, PR
          Barrio Lomas Jagua
          Naranjito, P.R.
          (787) 869-7079

   f.     Luis López Negrón
          Wackenhut PR, Inc.
          Calle Final #28
          Barrio Juan Sánchez, Centro Industrial Luchetti
          Bayamón, P.R.  00961

   g.     Carmelo Román Hernández
          Hogar de Adaptación Social de Carolina
          Calle Amadeos # 8 Altos
          Carolina, P.R.  00985

   h.     Wilson García Cueva
          Hogar de Adaptación Social de Humacao
          Ave. Roosevelt # 5
          Humacao, P.R.  00791

   I.     Edwin Rivera
          Carcel Regional de Bayamón
          Detrás de la Comandancia Norte de Bayamón
          Carr. # 5
          Bayamón, P.R.
```

3

  j. Edwin Meléndez Meléndez
   Carcel Regional de Bayamón
   Detrás de la Comandancia Norte de Bayamón
   Carr. # 5
   Bayamón, P.R.

  k. Javier Rodríguez Torred
   Hogar de Adaptación Social de Carolina
   Calle Amadeous # 8 Altos
   Carolina, P.R.

6. A federal court may enjoy a state officer to refrain from future actions that violate federal law or take prospective actions to comply with constitutional mandates. Ex Parte Young, 209 U.S. 123(1908).

**WHEREFORE**, Plaintiff very respectfully requests this Honorable Court to order the Secretary of the Administration of Correction, wardens and employees of the Administration of Correction, that have available the information requested above, to notify it to attorney Glenn Carl James within the next five(5) days, at Calle Peñuelas 65-A, Hato Rey, P.R.00918. Second, to order the wardens, correctional employees and correctional officers to allow plaintiff's attorney to access the inmates before and during the trial.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY:** I hereby certify that on 28 day of October, 2005 I electronically filed the foregoing with the Clerk of the Court, using CM/ECF system which will send notification of such filing: laaparicio@justicia.gobierno.pr,

4

rurorodriguez@justicia.gobierno.pr, joestades@justicia.gobierno.pr, josgonzalez@justicia.gob.pr, and lavyaparicio@yahoo.com.

    In San Juan, Puerto Rico, this 28 day of October, 2005.

                            s/ Glenn Carl James
                            Glenn Carl James
                            Attorney for Plaintiffs
                            USDC-PR 207,706
                            JAMES LAW OFFICE
                            PMB 501
                            1353 Rd. 19
                            Guaynabo, PR 00966-2700
                            Tel.(787)763-2888
                            Fax:(787)763-2881
                            E-mail:
                            jameslawoffices@centennialpr.net