**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| MARÍA ALSINA ORTIZ, ET. AL. * | CIVIL NO. 98-1893 (JAG) |
| AND/OR THE ESTATE OF MR. * | |
| ORLANDO OCASIO ALSINA * | |
| COMPOSE OF MARÍA ALSINA * | |
| ORTIZ * | |
| * | PLAINTIFFS DEMAND TRIAL |
| PLAINTIFFS * | |
| * | BY JURY |
| VS. * | |
| * | |
| MS. ZOE LABOY IN HER PERSO- * | |
| NAL CAPACITY, JOHN DOE IN * | |
| HIS PERSONAL CAPACITY AND, * | |
| ET. ALS. * | |
| * | |
| DEFENDANTS * | |
| * | |
| * * * * * * * * * * * * * * | |

**WRIT**

Plaintiff has filed an Urgent Motion Requesting Order(docket No.   ), seeking the physical addresses of inmates that have been notified as witnesses for the trial, and to allow plaintiff's attorney to access the inmates, subject to security measures.

The court having examined the motion hereby orders the Secretary of the Administration of Correction, wardens and employees of the Administration of Correction to provide to attorney Glenn Carl James the names of the specific correctional facilities, building numbers and cells in which those inmates are present or will be present during the next 40 days. Furthermore, if the inmates are not more under the custody of the

1

Administration of Correction, then plaintiff will be provided the last known residential addresses of the inmates and the last known physical addresses of the private institutions in which the inmates are or were subject to custody. The Secretary of the Administration of Correction, wardens and employees of the Administration of Correction are hereby ordered to provide the above stated information to attorney Glenn Carl James at Calle Peñuelas 65-A, Hato Rey, P.R. 00918, **within the next five(5) days** of the following inmates:

    a.    Felix A. Ramos Moulier
            Cárcel Regional de Bayamón #5101 "2E"
            Bayamón, PR
            Calle 21 AA 29
            Jardines de Palmarejo
            Barrio San Isidro
            Canovanas, P.R. 00729
            Tel. 256-0556

    b.    Nathaniel Mojica Reyes
            Carcel Regional de Guayama
            Colonia Los Dolores
            Carr. # 3
            Interior 7710
            Guayama, P.R.

    c.    Javier Del Valle Llopiz
            Hogar Adaptación Social de Carolina
            Calle Amadeous # 8 Altos
            Carolina, P.R. 00985

    d.    Gilberto Rivera Rodríguez
            Hogar Adaptación Social de Río Piedras
            Calle Norte #64

       Río Piedras, P.R.   00925

- e. Erick Diaz Davila
  Hospital de Psiquiatría Correccional
  Centro Médico
  Río Piedras, PR
  Barrio Lomas Jagua
  Naranjito, P.R.
  (787) 869-7079

- f. Luis López Negrón
  Wackenhut PR, Inc.
  Calle Final #28
  Barrio Juan Sánchez, Centro Industrial Luchetti
  Bayamón, P.R.   00961

- g. Carmelo Román Hernández
  Hogar de Adaptación Social de Carolina
  Calle Amadeos # 8 Altos
  Carolina, P.R.   00985

- h. Wilson García Cueva
  Hogar de Adaptación Social de Humacao
  Ave. Roosevelt # 5
  Humacao, P.R.   00791

- I. Edwin Rivera
  Carcel Regional de Bayamón
  Detrás de la Comandancia Norte de Bayamón
  Carr. # 5
  Bayamón, P.R.

- j. Edwin Meléndez Meléndez
  Carcel Regional de Bayamón
  Detrás de la Comandancia Norte de Bayamón
  Carr. # 5
  Bayamón, P.R.

- k. Javier Rodríguez Torred
  Hogar de Adaptación Social de Carolina
  Calle Amadeous # 8 Altos
  Carolina, P.R.

Also, the Court orders the wardens, correctional employees and correctional officers to allow plaintiff's attorney, Glenn Carl James, to access the inmates stated above before and during the trial.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this __ day of _____, 2005.

_____
Jay A. García
United States District Court Judge