```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| MARÍA ALSINA ORTIZ, ET. AL.  * | CIVIL NO. 98-1893 (JAG) |
| AND/OR THE ESTATE OF MR.     * | |
| ORLANDO OCASIO ALSINA        * | |
| COMPOSE OF MARÍA ALSINA      * | |
| ORTIZ                        * | |
|                              * | PLAINTIFFS DEMAND TRIAL |
| PLAINTIFFS                   * | |
|                              * | BY JURY |
| VS.                          * | |
|                              * | |
| MS. ZOE LABOY IN HER PERSO-  * | |
| NAL CAPACITY, JOHN DOE IN    * | |
| HIS PERSONAL CAPACITY AND,   * | |
| ET. ALS.                     * | |
|                              * | |
| DEFENDANTS                   * | |
|                              * | |
| * * * * * * * * * * * * * * * | |

**ORDER**

Plaintiff has filed an Urgent Motion Requesting Order (Docket No. 309), seeking the physical addresses of inmates that have been notified as witnesses for the trial, and to allow plaintiff's attorney to access the inmates, subject to security measures.

The court having examined the motion hereby orders the Secretary of the Administration of Correction, wardens and employees of the Administration of Correction to provide to attorney Glenn Carl James the names of the specific correctional facilities, building numbers and cells in which those inmates are present or will be present during the next 40 days. Furthermore, if the inmates are not more under the custody of the

1

Administration of Correction, then plaintiff will be provided the last known residential addresses of the inmates and the last known physical addresses of the private institutions in which the inmates are or were subject to custody. The Secretary of the Administration of Correction, wardens and employees of the Administration of Correction are hereby ordered to provide the above stated information to attorney Glenn Carl James at Calle Peñuelas 65-A, Hato Rey, P.R.  00918, **within the next five(5) days** of the following inmates:

    a.    Felix A. Ramos Moulier
           Cárcel Regional de Bayamón #5101 "2E"
           Bayamón, PR
           Calle 21 AA 29
           Jardines de Palmarejo
           Barrio San Isidro
           Canovanas, P.R.  00729
           Tel. 256-0556

    b.    Nathaniel Mojica Reyes
           Carcel Regional de Guayama
           Colonia Los Dolores
           Carr. # 3
           Interior 7710
           Guayama, P.R.

    c.    Javier Del Valle Llopiz
           Hogar Adaptación Social de Carolina
           Calle Amadeous # 8 Altos
           Carolina, P.R.  00985

    d.    Gilberto Rivera Rodríguez
           Hogar Adaptación Social de Río Piedras
           Calle Norte #64

        Río Piedras, P.R.  00925

e.    Erick Diaz Davila
      Hospital de Psiquiatría Correccional
      Centro Médico
      Río Piedras, PR
      Barrio Lomas Jagua
      Naranjito, P.R.
      (787) 869-7079

f.    Luis López Negrón
      Wackenhut PR, Inc.
      Calle Final #28
      Barrio Juan Sánchez, Centro Industrial Luchetti
      Bayamón, P.R.  00961

g.    Carmelo Román Hernández
      Hogar de Adaptación Social de Carolina
      Calle Amadeos # 8 Altos
      Carolina, P.R.  00985

h.    Wilson García Cueva
      Hogar de Adaptación Social de Humacao
      Ave. Roosevelt # 5
      Humacao, P.R.  00791

I.    Edwin Rivera
      Carcel Regional de Bayamón
      Detrás de la Comandancia Norte de Bayamón
      Carr. # 5
      Bayamón, P.R.

j.    Edwin Meléndez Meléndez
      Carcel Regional de Bayamón
      Detrás de la Comandancia Norte de Bayamón
      Carr. # 5
      Bayamón, P.R.

k.    Javier Rodríguez Torred
      Hogar de Adaptación Social de Carolina
      Calle Amadeous # 8 Altos
      Carolina, P.R.

Also, the Court orders the wardens, correctional employees and correctional officers to allow plaintiff's attorney, Glenn Carl James, to access the inmates stated above before and during the trial.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this **31st** day of **October** 2005.

                                        s/ Jay A. Garcia-Gregory
                                        JAY A. GARCIA-GREGORY
                                        UNITED STATES DISTRICT JUDGE