```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF PUERTO RICO

MARÍA ALSINA ORTIZ, ET. AL.    *   CIVIL NO. 98-1893 (JAG)
AND/OR THE ESTATE OF MR.       *
ORLANDO OCASIO ALSINA          *
COMPOSE OF MARÍA ALSINA        *
ORTIZ                          *
                               *   PLAINTIFFS DEMAND TRIAL
PLAINTIFFS                     *
                               *   BY JURY
VS.                            *
                               *
MS. ZOE LABOY IN HER PERSO-    *
NAL CAPACITY, JOHN DOE IN      *
HIS PERSONAL CAPACITY AND,     *
ET. ALS.                       *
                               *
DEFENDANTS                     *
                               *
* * * * * * * * * * * * * * *
```

**EXHIBIT LIST**

EXHIBIT A     Document that have last known address of each inmate, as provided by the Administration of Correction.

EXHIBIT B     Propose writ.