# **E X H I B I T   A**

a. Félix A. Ramos Moulier
   Institución Bayamón 501

b. Nathaniel Mojica Reyes
   Calle 2-A #38
   Urbanización Villa Hermosa
   Humacao, PR

c. Javier del Valle Llopiz
   Residencial Sabana Abajo
   Edificio 10, Apartamento 88
   Carolina, PR

d. Gilberto Rivera Rodríguez
   Calle 53 Bloque 64
   #53, Villa Carolina
   Carolina, PR

e. Erick Díaz Dávila
   Hospital de Psiquiatría Correccional Centro Médico
   Calle Teniente César González
   Extensión Villa Nevárez, Centro Médico

f. Luis López Negrón
   Calle Monserrate #858
   Pda. 15, Santurce, PR

g. Carmelo Román Hernández
   Anexo 352 de Penitenciaría Estatal

h. Wilson García Cueva
   Bo. Ceiba Norte
   Sector Jalda Fina
   Juncos, PR

i. Edwin Meléndez Meléndez
   Residencial San José
   Edificio 47 Apartamento 1002
   Río Piedras, PR

j. Javier Rodríguez Torres
   Residencial San José
   Edificio 8 Apartamento 62
   Río Piedras, PR1