IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| MARÍA ALSINA ORTIZ, ET. AL. AND/OR THE ESTATE OF MR. ORLANDO OCASIO ALSINA COMPOSE OF MARÍA ALSINA ORTIZ | * * * * * * | CIVIL NO. 98-1893 (JAG) |
| PLAINTIFFS | * * | PLAINTIFFS DEMAND TRIAL BY JURY |
| VS. | * * | |
| MS. ZOE LABOY IN HER PERSONAL CAPACITY, JOHN DOE IN HIS PERSONAL CAPACITY AND, ET. ALS. | * * * * | |
| DEFENDANTS | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**WRIT**

Plaintiff has filed an Urgent Second Motion Requesting Order(docket No.   ), seeking a writ ordering the release of the inmates for the only purpose that they could testify at the trial on November 28 and 29, 2005; and after they testify they shall be returned to prison.

The court having examined the motion hereby orders the Secretary of the Administration of Correction, wardens and employees of the Administration of Correction to release the following inmates for the only purpose that they could testify at the trial on November 28 and 29, 2005 at 8:30 a.m. at the United States District Court for the District of Puerto Rico,

1

Federal Building, Carlos Chardon Avenue, Hato Rey, P.R., Courtroom of Honorable Judge Jay A. Garcia in the case of Maria Alsina vs. Zoe Laboy, Civil number 98-1893(JAG); and after they testify they shall be returned to prison:

    a.    Felix A. Ramos Moulier
          Institucion Bayamón #501
          Bayamón, PR

    b.    Erick Diaz Davila
          Hospital de Psiquiatría Correccional
          Centro Médico
          Río Piedras, PR

    c.    Carmelo Román Hernández
          Anexo 352 Penitenciaria Estatal

Also, the Court orders the wardens, correctional employees and correctional officers to allow plaintiff's attorney, Glenn Carl James, to access the inmates stated above before and during the trial at the facilities in which they are in prison.

**IT IS SO ORDERED**.

In San Juan, Puerto Rico, this \_\_ day of November, 2005.

                                        _____
                                        Jay A. García
                                        United States District Court Judge