# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**Maria Alsina Ortiz, et al.**

Plaintiff(s)

vs.

**Zoe Laboy, et al.**

Defendant(s)

CIVIL CASE NO.   98-1893  (JAG)

---

## O-R-D-E-R

Plaintiffs' "Emergency Motion Requesting Order for Release from Prison so They Could Testify" (docket #312) is hereby **granted**.  The Clerk of Court shall issue the corresponding Writs of Habeas Corpus Ad Testificandum.

---

In San Juan, Puerto Rico, this 18th day of November, 2005.

s/Jay A. García Gregory

Jay A. García Gregory

United States District Judge