```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF PUERTO RICO
```

| | | |
|---|---|---|
| MARIA ALSINA ORTIZ, | * | CIVIL NO. 98-1893 (JAG) |
| AND/OR THE ESTATE OF MR. | * | |
| ORLANDO OCASIO ALSINA | * | |
| COMPOSE OF MARIA ALSINA | * | |
| ORTIZ | * | |
| | * | |
| PLAINTIFFS | * | PLAINTIFFS DEMAND TRIAL |
| | * | |
| VS. | * | |
| | * | BY JURY |
| MS. ZOE LABOY IN HER PERSO- | * | |
| NAL CAPACITY, DELFOS OCHOA | * | |
| HIS PERSONAL CAPACITY AND | * | |
| THE CONJUGAL PARTNERSHIP | * | |
| OR COMMUNITY PROPERTY | * | |
| CONSTITUTED BETWEEN ZOE | * | |
| LABOY AND DELFOS OCHOA; | * | |
| ET.AL. | * | |
| | * | |
| DEFENDANTS | * | |
| | * | |
| * * * * * * * * * * * * * * | | |

**PLAINTIFFS' INFORMATIVE DISCLOUSURE**

**TO THE HONORABLE COURT:**

    **COME NOW**, Plaintiffs through their undersigned attorney, and respectfully state and pray:

    1. That on November 15, 2005 plaintiffs received for the first time inmates' residential address; also information was provide if the inmates were at the present time at an institution.

    2. At this stage plaintiffs have identified that will not use at trial the following inmates:

    1)   Luis López Negrón

2) Wilson García

3) Gilberto Rivera Rodríguez

4) Edwin Rivera

5) Erick Díaz Dávila

**WHEREFORE**, Plaintiffs respectfully request this Honorable Court to take notice.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY:** I hereby certify that on November 21, 2005 electronically filed the foregoing with the Clerk of the Court, using CM/ECF system which will send notification of such filing: mcanales_ydrach@zonai.com, elfrickmendez@yahoo.com, elfrick@hotmail.com, cjmoralesb@hotmail.com, rrs@caribe.net, francisco.ojeda@usdoj.gov, antonia.velez@usdoj.gov, romanlaw@tld.net, mlopez@qslaw.net, masurillo@justicia.gobierno.pr, surmari@yahoo.com, joestades@justicia.gobierno.pr and laparicio@justicia.gobierno.pr.

In San Juan, Puerto Rico, this 21 day of November, 2005.

s/ Glenn Carl James
Glenn Carl James
Attorney for Plaintiffs
USDC-PR 207,706
JAMES LAW OFFICE
PMB 501
1353 Rd. 19
Guaynabo, PR 00966-2700
Tel.(787)763-2888
Fax:(787)763-2881
E-mail:

2

3

jameslawoffices@centennialpr.net