*Exhibit C*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA ORTIZ, ET AL.

    Plaintiffs

vs.

ZOÉ LABOY, ET AL.

    Defendants

CIVIL NO. 98-1893 (SEC)

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 26
OF PLAINTIFFS' REQUEST
FOR PRODUCTION AND COPY OF DOCUMENTS**

TO: Plaintiff María Alsina Ortiz, on her own behalf and as heir to decedent Orlando Ocasio Alsina, through her counsel of record **Glenn Carl James**, La Torre de Plaza, Suite 617, 525 F.D. Roosevelt Avenue, San Juan, Puerto Rico 00918.

Codefendants Zoé Laboy, Emilio Castillo and Sixto Marrero supplement their response to Request No. 26 as follows:

1.     **Response to Request No. 26 is the following:**

Appearing defendants will use as expert witness Dr. Glenn Garayalde Cotroneo, neurologist. Joined hereto, Dr. Garayalde's Curriculum Vitae. As soon as the expert report is available it will be served upon plaintiff.

I HEREBY CERTIFY, that on this date served a copy of the foregoing pleading by United States mail, properly addressed, and bearing first class postage to **Leticia**

2

**Ramírez Rangel, Esq.**, Federal Litigation Division, Department of Justice, P.O. Box 9020192, San Juan, P.R. 00902-0192.

In San Juan, Puerto Rico, this 31st day of March 2000.

                                                              **SMITH & NEVARES**
                                                              Counsel for codefendants
                                                              Zoé Laboy, Emilio Castillo and
                                                              Sixto Marrero
                                                              P.O. Box 13667
                                                              San Juan, P.R. 00908-3667
                                                              Telephone: (787) 722-9333
                                                              Fax: (787) 721-8820

                                                              */s/ Lizzie M. Portela*
                                                              Lizzie M. Portela
                                                              USDC 208401



**Glenn Garayalde-Cotroneo, M.D.**
NEUROLOGY

CONDO ADA LIGIA, SUITE D-1
1452 AVE. ASHFORD
CONDADO, SANTURCE
SAN JUAN, PUERTO RICO
FAX: 720-1788

P.O. BOX 361976
SAN JUAN, PUERTO RICO 00936-1976
TELEPHONE: (809) 723-1735

# CURRICULUM VITAE

| | | |
|---|---|---|
| Name: | Glenn Garayalde Cotroneo, M.D. | Sex: Male |
| Date of Birth: | September 2, 1952 | Phone: Home 281-8179 |
| Place of Birth: | Summit, New Jersey | SS#: 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 |
| Marital Status: | Married: Wife: Linda Warrell | Children: 4 Danielle Frances, Tatiana Marie, Stephanie Alexis, Victoria Alejandra |

Addresses:
1. San Juan Veterans Admin. Hospital - Medical Center, One Veterans Plaza, San Juan, Puerto Rico 00927-5800
   Phone: 758-7575 ext. 3311
2. Condo. Ada Ligia, 1452 Ashford Avenue, Site D-1, Condado, San Juan, Puerto Rico 00907
   Phone: 723-1735
   Fax: 723-1736
3. Mailing Address: P. O. Box 361976, San Juan, Puerto Rico 00936-1976

## EDUCATION and DEGREE:

| University of Puerto Rico | BS Magna Cum Laude | 1973 |

## MEDICAL SCHOOL:

| University of Puerto Rico | Medical Doctor | 1977 |

## INTERNSHIP:

| San Juan Veterans Admin. Medical Center | Internal Medicine | 1977-78 |

Glenn Barayalde-Cotroneo, M.D.                                              Page: 2

## RESIDENCY, FELLOWSHIPS AND POST GRADUATE TRAINING:

| | | | |
|---|---|---|---|
| 1. | Neurology Training Program | UPR School of Medicine | 1978-79 |
| 2. | Neurology Training Program | Boston University Boston City Hospital | 1979-80 |
| 3. | Teaching Fellow in Neurology | Boston University School of Medicine | 1979-82 |

### License to Practice Medicine:

Puerto Rico          Lic. #6289          October 21, 1981

### Military Service:     N/A

### Specialty:   Neurology

### Certification by American Board in Medical Specialty:

Board Eligible

### Hospital Affiliations:

1. San Juan Veterans Administration Medical Center, Staff Neurologist, 1982 to present.

2. San Jorge Hospital, Consultant in Neurology, 1982, to present.

3. Ashford Presbyterian Community Hospital, Consultant in Neurology, 1984, to present.

### Professional Experience:

1. San Juan Veterans Medical Center, Staff Neurologist, 1982 to present.

2. Neurological Evaluator, Disability Determination Program of the Department of Social Services, 1983 to present.

3. Private Practice, Neurologist, Institute of Neurology, Metroplolitan Hospital, 1984 to October 1998.

Glenn Garayalde-Cotroneo, M.D.                                  Page: 3

4.  Neurological Consultant, Cooperativa de Seguros de Vida de Puerto Rico, 1984 to present.

5.  Private Practice, Neurologist, Ashford Cardiovascular Physiologic & Nuclear Lab, Ashford Presbyterian Community Hospital, November 1988 to present.

## Academic Appointments:

1.  Teaching Fellow in Neurology, Boston University School of Medicine, 1979 to 1982.

2.  Associate Professor of Neurology, University of Puerto Rico School of Medicine, from 1 July 1991.

3.  Lecturer in Neurology, Universidad Central del Caribe, from 1982 to the present.

## Administrative Appointments:

1.  Director, Continuing Medical Education Committee, Metropolitan Hospital, 1986.

2.  Member, Executive Committee, Metropolitan Hospital, 1986.

3.  Consultant Neurologist, Office of District Counsel-San Juan Veterans Administration Medical Center and U.S. Virgin Islands, 1990.

4.  Member, Continuing Medical Education Committee, Ashford Presbyterian Community Hospital, Oct. 1990.

## Honors and Awards:

1.  Bauch and Lomb Honorary Science Award 1969

2.  First Prize Scientific Award for the Presentation of Research Paper on Solar Eclipses at the Department of Physical Sciences, University of Puerto Rico, March 1970.

3.  Member, Beta Beta Beta Biology Honor Society, University of Puerto Rico since 1971.

4.  Letter of Commendation from the Acting Director, San Juan Veterans Administration, for organizing the 20th Anniversary Celebration of the San Juan Veterans Administration, 1989.

Glenn Garayalde-Cotroneo, M.D.                                      Page: 4

Membership in Medical, Professional and Scientific Societies:

1. Puerto Rico Alliance Against Venereal Disease, 1974 to 1979.

2. American Medical Association, 1975, to present.

3. Puerto Rico Medical Association, 1977, to present.

4. American Academy of Neurology, 1982, to present.

5. Massachusetts Neurological Society, 1979, to 1983.

6. Academia Puertorriqueña de Neurología, 1982, to present.

7. National Association of Disability Evaluating Physicians, 1985, to present.

8. American Society of Neuroimaging, 1989 to present.

9. American Heart Association Stroke Council, appointed Fellow 1991

Teaching Experience:

1. Teaching Fellow in Neurology, Boston University, 1979 to 1982.

2. Associate Professor, University of Puerto Rico School of Medicine, from 1982 to June 1991.

3. Lecturer in Neurology, Universidad Central del Caribe, 1982, to 1990.

4. Lecturer in Neurology, Tropical Medicine Class, Naval School of Health Sciences, Bethesda Detatchment, San Juan Veterans Administration Medical Center, from 1989 to present.

5. Associate Professor of Neurology, University of Puerto Rico School of Medicine, since July 1, 1991

Research Experience:

Research designed to evaluate renal involvment in Multiple Myeloma disease, under the supervision of Dr. Manuel Martinez Maldonado, Chief, Medical Service, San Juan Veterans Administration Hospital.

Glenn Garayalde-Cotroneo, M.D.                                              Page: 5

## Post Graduate; Graduate Courses; Seminars and Workshops Attended:

| | | | |
|---|---|---|---|
| 1. | Management of Stroke & Neuro Trauma Patients | Palmas del Mar Humacao, P.R. | Jan. 25-28, 1983 |
| 2. | Primera Conferencia de Epilepsia del Caribe | San Juan, P. R. | Nov. 6, 1983 |
| 3. | Biological Aspects of Dyslexia | San Juan, P. R. | Feb. 9, 1984 |
| 4. | Second Conference of Clinical Evoked Potentials | P. R. Medical Association | Feb. 7-9, 1985 |
| 5. | Clinical & Basic Neurology | Harvard Medical School, Boston, MS | Mar. 4-11, 1985 |
| 6. | Training for Medical Evaluation for Disability Claims | P. R. Medical Association | Nov. 8-10, 1985 |
| 7. | Sleep Disorders Medicine | Henry Ford Hospital Detroit, Michigan | Aug. 22, to Sept. 1, 1988 |
| 8. | Transcranial and Neurovascular Doppler | Bowman Gray School Of Medicine, Wake-Forest University, Winston-Salem, NC | Jan. 23-31, 1989 |
| 9. | Interdisciplinary Management of Swallowing Disorders | Northport Regional Medical Education Center, Northport, New York | Aug. 28-30 1990 |
| 10. | Diagnosis and Treatment of Swallowing Disorders; Dysphagia course in PR Northwestern University, Illinois | University Puerto Rico Medical Sciences Campus | Feb. 16 - 17, 1991 |

Glenn Garayalde-Cotroneo, M.D.                                              Page: 6

| | | | |
|---|---|---|---|
| 11. | The First Management Development Training Program; Management Training Center, Richmond, Virginia | Hotel Sands San Juan, PR | April 28 - May 2, 1991 |
| 12. | FUSE Project Conference, "Facility Undertakings to Strengthen Education" | Hotel Condado Plaza, San Juan, Puerto Rico | July 23 - 24, 1991 |
| 13. | Parkinsons Disease Collaborative Research Conference | Four Seasons Hotel Dallas, Texas | Jan 10-11, 1992 |

Participation in Special Committees, Boards, Academic Senates and Advisory Councils:

| | | |
|---|---|---|
| 1. | Member, Resident Selection to Neurology Program, University of Puerto Rico School of Medicine. | 1985 to 1990 |
| 2. | Member, Employee of the Month Selection Committee, San Juan Veterans Hospital | 1987 |
| 3. | Chairperson, Employee of the Month Committee, San Juan Veterans Hospital | Jan, 1989 |
| 4. | Chairperson, Dysphagia Working Group, San Juan Veterans Hospital | Feb. 1989 |
| 5. | Chairperson, Committee to Celebrate the 20th Anniversary of the San Juan Veterans Administration Hospital | Oct, 1989 |
| 6. | Chairperson, Safety Training & Awareness Subcommittee, San Juan Veterans Administration Medical Center | 1990 |
| 7. | Chairperson, Committee to Celebrate the 21st Anniversary of the San Juan Veterans Administration Hospital | Oct. 1990 |
| 8. | Member Veterans Administration Voluntary Service Staff Advisory Committee | 1990 to present |

Glenn Garayalde-Cotroneo, M.D.                                    Page: 7

9.  Member, Strategic Planning Board, San Juan Veterans           April, 1991
    Administration Medical Center

10. Member, Strategic Educational Council, San Juan Veterans      Dec. 12,
    Administration Medical Center                                 1991

Participation in National & International Scientific Meetings and Special Lectures:

1.  Lecture: New Aspects in the Management of Stroke, Asociación Medica del
    Oeste, Annual Conference, March 25, 1984, Presenter.

2.  American Academy of Neurology, Annual Meeting, Boston, Massachusetts,
    1984.

3.  Lecture: Update on Stroke, Monthly Medical Staff Scientific Meeting,
    San Juan Veterans Medical Center, Sept. 26, 1984, Presenter.

4.  Lecture: Management of Status Epilepticus and Epilepsy During Pregnancy,
    Continuing Medical Education at Mayagüez Outpatient Clinic, Jan. 25,
    1985, Presenter.

5.  Lecture: New Aspects in Alzheimer Dementia, Asociación Medica del
    Oeste Annual Convention, Oct. 12, 1985, Presenter.

6.  Lecture: Clinical Manifestations of Ischemic Stroke, Primer Simposio
    del Caribe Sobre Enfermedades Cerebrovasculares, Nov. 17, 1985.

7.  Lecture: Neurological Manifestations of Aids, Medical Grand Rounds,
    San Juan Veterans Medical Center, Nov. 20, 1985, Presenter.

8.  American Academy of Neurology, Annual Meeting, New Orleans, LA, 1986.

9.  Lecture: Nuevos Adelantos en el Diagnostico y Manejo de la Neuropatia
    Diabetica, Noveno Curso Post Graduado de Endocrinologia y Diabetes,
    Auspiciado por la Sociedad Puertorriqueña de Endocrinologia y Diabetes,
    May 18, 1986, Presenter.

10. Lecture: New Aspects of Ischemic Stroke; Neurology, Neurosurgery &
    Neuroradiology Combined Rounds, Aug. 26, 1986, Presenter.

11. Case Discussion at the Spanish American Neurology Seminar, Sept. 9,
    to 24, 1986, Madrid, Spain. Presenter.

Glenn Garayalde-Cotroneo, M.D.                                                Page: 8

12. American Academy of Neurology Meeting, New York, NY, 1987.

13. Lecture: New Developments in Partial Complex Seizures; Medical Grand Rounds, San Juan Veterans Medical Center, May 13, 1987, Presentor.

14. Lecture: Evaluation of Patient with Headache; Neurology, Neurosurgery & Neuroradiology Combined Rounds, April 20, 1987, Presentor.

15. Lecture: New Aspects in the Treatment of Headaches; Mayagüez Outpatient Clinic, June 3, 1987, Presentor.

16. Lecture: New Advances in the Management of Cerebral Ischemia; Review Course for Certification in Internal Medicine, University of Puerto Rico School of Medicine, June 16, 1987, Presentor.

17. Lecture: Clinical Manifestations of Cerebral Ischemia; University of Puerto Rico School of Medicine, Residents Training Program, July 2, 1987, Presentor.

18. Lecture: New Advances in the Management of Cerebro Vascular Disease, University of Puerto Rico School of Medicine, Psychiatry Department, Aug. 18, 1987, Presentor.

19. Lecture: Medical & Surgical Treatment of Partial Complex Seizures; Asociación Puertorriqueña de Ayuda al Paciente con Epilepsia, Sept. 16, 1987, Presentor.

20. VII Congreso Panamericano de Neurología, San Juan, Puerto Rico, Oct. 11, to 17, 1987.

21. Lecture: Role of Calcium Channel Blockers in the Management of Cerebral Ischemia; First Annual Course - Neurology for Non-Neurologists; Sponsored by the P. R. Academy of Neurology, San Juan, Puerto Rico, Oct. 16, 1987, Presentor.

22. Lecture: Stroke and Rehabilitation; San Juan Veterans Medical Center, Rehabilitation Medicine Service Residents, Feb. 12, 1988, Presentor.

23. Lecture: Pathophysiology of Ischemia Cerebrobascular Disease; University of Puerto Rico School of Medicine, 4th Year Medical Students, May 3, 1988, Presentor.

24. Lecture: Update on Stroke; University District Hospital Board Review Course, June 13, 1988, Presentor.

Glenn Garayalde-Cotroneo, M.D.                                          Page: 9

25. Lecture: Medical Management of Ischemic Stroke; University of Puerto Rico School of Medicine, Neurology Training Program, July 6, 1988, Presenter.

26. Lecture: New Approaches in the Treatment of Cerebrovascular Ischemia; San Juan Veterans Administration Hospital, Internal Medicine Program, Aug. 10, 1988, Presenter.

27. Lecture: Psychiatric Aspects of Stroke; Psychiatry Residency Program, Hospital de Psiquiatria, Rio Piedras, Sept. 20, 1988, Presenter.

28. Lecture: Tropical Spastic Paraparesis; San Juan Veterans Medical Center, Nov. 9th, 1988, Presenter.

29. Ischemic Cerebrovascular Disease Journal Club, University of Puerto Rico School of Medicine, Neurology Section, Nov. 11, 1988, Moderator.

30. Lecture: The Neurologic Examination; San Jorge Hospital Junior Faculty, Dec. 9, 1988, Presenter.

31. American Academy of Neurology Annual Meeting, Chicago, Illinois, April 1989.

32. 4th Annual Medical Meeting, Ashford Presbyterian Community Hospital, Medical Faculty, San Jose, Costa Rica, Sept. 1989.

33. Lecture: Sleep Disorders; Diagnosis, Management and Treatment, Academia de Medicos de Familia, San Juan, P. R., Sept. 10, 1989, Presenter.

34. American College of Physicians, Puerto Rico Chapter Annual Meeting, San Juan Puerto Rico, Oct. 1989.

35. Lecture: Medicine in the Tropics; HTLV-1 Disease, Tropical Spastic Paraparesis, San Juan Veterans Administration Medical Center, Tropical Medicine Class, Naval School of Health Sciences, Bethesda Detachment, Nov. 7, 1989, Presenter.

36. Lecture: Stroke and Transient Ischemic Attack; Uso de Recursos Diagnosticos en las Practica Moderna de la Medicina, Auspiciado por el Ashford Cardiovascular Physiologic and Nuclear Lab, Condado Beach Hotel, April 28, 1990, Presenter.

37. American Academy of Neurology Annual Meeting, Miami, Florida, April/May, 1990.

Glenn Garayalde-Cotroneo, M.D.                                        Page: 10

38. Lecture: Neurovascular Emergencies; Diagnosis and Management,
    San Juan Veterans Administration Medical Center, Internal Medicine
    Training Program, August, 1990, Presentor.

39. 5th Annual Medical Meeting, Ashford Presbyterian Community Hospital,
    Medical Faculty, Guatemala City, Guatemala, Sept. 1990.

40. Lecture: Parkinson's Disease, Diagnosis and Management,
    Medical Faculty, Ashford Presbyterian Community Hospital, February 6,
    1991, Presentor.

41. Lecture: "An Introduction to the Diagnosis and Treatment of
    Swallowing Disorders", University of Puerto Rico School of
    Medicine, Health Related Sciences, February 16-17, 1991.

42. Symposium: Global Perspectives on the Management of Insomnia;
    Annenberg Center for Health Sciences, Palm Desert, California,
    World Psychiatric Association, February 21-24, 1991.

43. Lecture: Parkinson's Disease; The Role of Eldepryl in Parkinsons
    Disease; Academia de Medicos de Familia de Puerto Rico; Conferencia del
    Caribe en Medicina Diagnóstica 1991, Convención Anual 15 a 17 de marzo,
    1991, Presentor.

44. American Academy of Neurology Annual Meeting, Boston Massachustts,
    April 1991.

45. Lecture: Pathogenesis of Parkinson's Disease; Medical Grand Rounds, San
    Juan Veterans Administration Medical Center, May 1, 1991. Presentor.

46. Lecture: Oxidative Reactions in Parkinson's Disease; University of
    Puerto Rico School of Medicine, Neurology Residents Program, May 3,
    1991, Presentor.

47. Lecture: Genetic Considerations in Parkinson's Disease; Academia
    Puertorriqueña de Neurologia, San Juan, PR, May 17, 1991. Presentor.

48. Lecture: HTLV-I Disease in Puerto Rico & the Tropics; San Juan Veterans
    Administration Medical Center, Tropical Medicine Class, Naval School of
    Health Sciences, Bethesda Detachment, July 29, 1991, Presentor.

49. Lecture: Diferenctial Diagnosis of Sleep Disorders; "La Vida es Sueño";
    Convencion Anual de Seccion de Psiquiatria, Neurologia & Neurocirugia
    de la Asociación Médica de Puerto Rico, Hotel Caribe Hilton, San Juan,
    Puerto Rico, Sept. 19 to 22, 1991. Presentor.

Glenn Garayalde-Cotroneo, M.D.                                    Page: 11

Learning Resources:

1. Video: "Vida o Muerte, Tu Decides"; Participant in the Medical and Neurologic Complications of Smoking, by the Non-Smoking Group. San Juan Veterans Medical Center.

Bibliography:

1. Martinez Maldonado, M., and Garayalde, G.: Renal Involvement in Multiple Myeloma, In: The Kidney in Systemic Disease, 2nd edition. Ed. W. E. Suki and G. Eknoyan, J. Wiley and Sons, New York 1981. pp 197-209

2. Garayalde G.:
   Neurological Manifestations of AIDS
   In: AIDS lo Que Todos Debemos Saber
   Ed. J. Garjo and C. Barju
   pp. 49-60

3. Abstract - Seizures in Diabetic Non Ketotic Hyperglycemia. American EEG Society - American Epilepsy Society, August 1982.

4. Presence of Human T-Lymphotropic Virus Type 1 Antibodies in Two Patients with Progressive Myelopathy in Puerto Rico. Presented at the American Academy of Neurology Annual Meeting, Poster Presentation, Chicago, Illinois, April 1989.

5. Primary Lateral Sclerosis; A distinct entity in patients with chronic spastic paraparesis, admitted to San Juan Veterans Administration Medical Center from 1983 to 1988. Presented at the American College of Physicians, Puerto Rico Chapter Annual Meeting, San Juan, Puerto Rico, Oct. 28, 1989. Published, El Boletin de la Asociación Medica de Puerto Rico, Aug. 1990, Vol. 82 #8, 340-342.

6. Disfagia: Patologia, Causas y Evaluaciones; Published, El Flamboyán, Boletin del Capitulo de Puerto Rico Asociación Dietetica Americana, June 1991, Num. 1, 1991.

7. Presence of Human T-Lymphotropic Virus Type 1 Antibodies in Two Patients with Progressive Myelopathy, in Puerto Rico. Published, in the journal NEUROLOGY, Sept. 1991, vol. 41, 1515 and 1516.

Glenn Garayalde-Cotroneo, M.D.                                      Page: 12

**Languages:**

|         | Speaking | Writing | Comprehension |
|---------|----------|---------|---------------|
| English | x        | x       | x             |
| Spanish | x        | x       | x             |

**Extracurricular Activities:**

1. Member, Rotary Club of Puerto Rico, San Juan Chapter
2. Charter Member, Sociedad de Enófilos de Puerto Rico
3. Member, Cofradia Puertorriqueña del Vino
4. Charter Member, Bacchus
5. Gardening
6. Tennis

**References:**

1. Dr. Manuel Martinez-Maldonado    Chief, Medical Sevices
                                    Atlanta Veterans Admin.
                                    Medical Center
                                    1670 Clairmont Road
                                    Decatur, Georgia, 30033

2. Dr. Rafael Melendez              Chief, Neurology Section
                                    San Juan Veterans Admin. Hospital
                                    G. P. O. Box 4867
                                    San Juan, Puerto Rico 00936

3. Dr. Thomas D. Sabin              Chief, Neurology Unit
                                    Boston City Hospital
                                    818 Harrison Avenue
                                    Boston, MS 02118

DATE: 3/30/2000                     SIGNATURE: [signature]