# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



Time Started: 10:25 a.m.
Time Ended: 11:25 a.m.

**MINUTES OF PROCEEDINGS:**

**HONORABLE CAMILLE L. VELEZ-RIVE**          **DATE: November 28, 2005**

**COURTROOM DEPUTY:  Yelitza RIVERA-BUONOMO**       **CV. NO. 98-1893 (JAG)**

**COURT REPORTER:   Barbara Dachman**

=========================================================
                                            Attorneys:

MARIA ALSINA-ORTIZ, ET AL          GLENN JAMES-HERNANDEZ

v.

EMILIO CASTILLO, ET AL              LAVINIA APARICIO-LOPEZ
                                     JOSUE GONZALEZ-ORTIZ
=========================================================

**CASE CALLED FOR JURY SELECTION**.

Prior to the hearing, the parties met in chambers to discuss the proposed voir-dire filed by the parties.   Questions were agreed upon.

The proposed jurors were voir-dire.  Selected jury was impaneled and sworn in.

Preliminary instructions and opening statements will start today, November 28, 2005, at 1:30 P.M.

Snacks for jurors were ordered by the Court.

 S/Yelitza Rivera-Buonomo
Deputy Clerk

s/c:  Jury Clerk