# Judge's List

Judge: **HON. JAY G. GARCIA**  
Event: **CV-98-1893(JAG)**  
Description: **MARIA ALSINA V ZOE LABOY**

Date: **11/28/05**  
Time: **9:07 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 1 | 100002645 | 02-0093 | **CORDERO-TISCHER, VIRGILIO**<br>SAN JUAN | PP |
| 2 | 100000698 | 02-0041 | **RAMOS-BERRIOS, WILFREDO**<br>SAN JUAN | J |
| 3 | 100003407 | 02-0012 | **NAZARIO-ORTIZ, LYNNETTE MARIE**<br>MANATI | J |
| 4 | 100003780 | 02-0087 | **MERCED-ALICEA, FRANCES ENID**<br>TOA ALTA<br>COMPTROLLER | J |
| 5 | 100001019 | 02-0013 | **JIMENEZ-RODRIGUEZ, JOSEPH**<br>BAYAMON<br>PARALEGAL | PP |
| 6 | 100003214 | 02-0063 | **MANGOME-RODRIGUEZ, JUAN**<br>VEGA BAJA<br>SECURITY GUARD | CP |
| 7 | 100007304 | 02-0115 | **RIVERA-MALAVE, JEANNETTE**<br>MAYAGUEZ | J |
| 8 | 100001243 | 02-0091 | **MORALES-LOZADA, ZENAIDA**<br>BAYAMON<br>CLERK | CP |
| 9 | 100000975 | 02-0040 | **SEMIDEY-BLANES, PRISCILLA MARIE**<br>SAN JUAN | PP |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **HON. JAY G. GARCIA**  
Event: **CV-98-1893(JAG)**  
Description: **MARIA ALSINA V ZOE LABOY**

Date: **11/28/05**  
Time: **9:07 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 10 | 100003620 | 02-0135 | RODRIGUEZ-REYES, HERMENEGILDO<br>TOA BAJA | PD |
| 11 | 100007530 | 02-0111 | SANTIAGO-LOPEZ, MARIANGELY<br>SALINAS<br>ENVIRONMENTAL INSPECTOR | J |
| 12 | 100003824 | 02-0130 | LUNA-TORRES, CAROLIZ<br>CAYEY<br>SELF EMPLOYER | J |
| 13 | 100006640 | 02-0064 | SALGADO-RODRIGUEZ, EVANGELINA<br>MANATI<br>SECRETARIA ADMIN. | J |
| 14 | 100006389 | 02-0118 | CRUZ-JIMENEZ, IRIS NOEMI<br>SAN GERMAN | J |
| 15 | 100003732 | 02-0106 | CABRERA-VEGA, EDUARDO<br>ANASCO | JVD |
| 16 | 100001959 | 02-0101 | MUNOZ-NARVAEZ, CARMEN M<br>CAGUAS<br>BANK OFFICER | JVD |
| 17 | 100000902 | 02-0049 | LUJAN-JARA, CLARA MERCEDES<br>SAN JUAN<br>SECRETARY | JVD |
| 18 | 100003066 | 02-0067 | MOREU-VALENTIN, ASHAR<br>MAYAGUEZ<br>PHARMACY TECHNICIAN | PD |

Legend: J=Jury  A=Alternate  NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **HON. JAY G. GARCIA**
Event: **CV-98-1893(JAG)**
Description: **MARIA ALSINA V ZOE LABOY**

Date: **11/28/05**
Time: **9:07 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 19 | 100005514 | 02-0063 | **RIVERA-MORAN, LUIS**<br>SABANA SECA<br>MARINO | CP |
| 20 | 100000431 | 02-0023 | **CORTES-GONZALEZ, LIZETTE**<br>BAYAMON<br>CONTALBLE | JVD |
| 21 | 100007706 | 01-0081 | **VELEZ-DIAZ, JESUS MANUEL**<br>RIO GRANDE | PD |
| 22 | 100007079 | 02-0032 | **RODRIGUEZ-TORRES, MARGARITA**<br>CAROLINA | JVD |
| 23 | 100005380 | 02-0083 | **SOTO-TORRES, MABEL**<br>GUAYNABO<br>HUMAN RESOURCES SPECIALIST | JVD |
| 24 | 100000064 | 02-0075 | **LOPEZ-LOPEZ, MARIO**<br>SALINAS<br>BIOCHEMICAL OPERATOR | JVD |
| 25 | 100000129 | 02-0132 | **VIGOREAUX-HERNANDEZ, CESAR IVAN**<br>BAYAMON<br>ASST. MANAGER | JVD |
| 26 | 100000543 | 02-0004 | **COLON-SANTIAGO, JUAN**<br>ARECIBO | JVD |
| 27 | 100006495 | 02-0050 | **MONTANEZ-RUIZ, ADALBERTO**<br>SAN LORENZO | JVD |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **HON. JAY G. GARCIA**  
Event: **CV-98-1893(JAG)**  
Description: **MARIA ALSINA V ZOE LABOY**

Date: **11/28/05**  
Time: **9:07 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 28 | 100000171 | 02-0039 | **ROJAS-GINES, JOEL**<br>SAN JUAN | JVD |
| 29 | 100005124 | 02-0046 | **DONATO-SEPULVEDA, GERARDO**<br>CAGUAS | JVD |
| 30 | 100004982 | 01-0031 | **BADILLO-JIMENEZ, JUDITH**<br>BAYAMON | JVD |
| 31 | 100003974 | 02-0150 | **CORREA-ALVAREZ, MARIA NATALIA**<br>TRUJILLO ALTO<br>SECRETARY | JVD |
| 32 | 100000765 | 02-0123 | **TIRADO-JIMENEZ, EDBAL**<br>SAN JUAN | JVD |
| 33 | 100000056 | 02-0022 | **MENDOZA-RAMOS, LUIS NATALIO**<br>ANASCO<br>SECURITY GUARD | JVD |
| 34 | 100007935 | 02-0115 | **SANTOS-BERNARD, DINORA**<br>COROZAL | JVD |
| 35 | 100006829 | 01-0062 | **NIEVES-CURBELO, LIBERATO**<br>ARECIBO<br>CHIEF AND COOK | CP |
| 36 | 100002445 | 02-0114 | **SOLIVAN-VAZQUEZ, LILLIAN**<br>LAS PIEDRAS<br>QUALITY SYSTEM SPECIATIST | JVD |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **HON. JAY G. GARCIA**
Event: **CV-98-1893(JAG)**
Description: **MARIA ALSINA V ZOE LABOY**

Date: **11/28/05**
Time: **9:07 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 37 | 100002080 | 02-0117 | **VERDEJO-PONCE, AIDALY**<br>CAGUAS<br>SECRETARIA | JVD |
| 38 | 100004990 | 02-0140 | **CRUZ-NEGRON, VIVIAN E**<br>BAYAMON | JVD |
| 39 | 100002504 | 02-0024 | **GONZALEZ-COLON, MAYRA M**<br>JUNCOS | JVD |
| 40 | 100000643 | 02-0005 | **TORRES-DE CELIS, LUIS R**<br>BAYAMON<br>BUSINESS MANAGER | JVD |
| 41 | | | *Jorge G. Cabrera Rodriguez* | JVD |
| 42. | | | *Heriberto Nuñez Aguilar* | JVD |
| 43. | | | *Jessy I. Rivera Rodriguez* | JVD |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.