UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**  DATE: November 28, 2005

BEFORE HONORABLE **JAY A. GARCIA GREGORY**
COURTROOM DEPUTY: Carmen Tacoronte      CASE NO. CV. 02-2661  (JAG)
COURT REPORTER: Barbara Dachman
INTERPRETER: Mayra Cardona (contract)

---

|  | Attorneys |
|---|---|
| Maria Alsina Ortiz, et al. | Glenn James Hernandez |
| vs |  |
| Zoe Laboy, et al. | Lavinia Aparicio |
|  | Josué Gonzalez |

---

**In Chambers Conference held.** Housekeeping matters discussed. Pending motions were discussed by the parties. Plaintiffs' motions in limine regarding defendant's experts (dockets #316 and #321) is moot; inasmuch defendants have indicated that they will not present any expert (including Francisco Santos). As to plaintiffs' motion in limine regarding the deceased's medical record* (docket #315), the Court decided that the same will be admitted into evidence as an item and that these documents will not be presented individually to the jury.

**Further Jury Trial held.** Preliminary instructions were given to the jury. Opening statements were heard on behalf of both parties. Testimony of Edwin Melendez was heard on behalf of plaintiffs.

**Further Jury Trial set for November 29, 2005 at 9:30 A.M.**

s/Carmen L. Tacoronte
Carmen L. Tacoronte
Courtroom Deputy

Plaintiffs' exhibits: 1-10 admitted.