## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **MARIA ALSINA, ET. ALS. ET.AL.** | * | **CIVIL NO. 98-1893 (JAG)** |
| | * | |
| | * | **PLAINTIFFS DEMAND** |
| **PLAINTIFFS** | * | **TRIAL BY JURY** |
| vs. | * | |
| **MS. ZOE LABOY, ET. ALS.** | * | |
| **DEFENDANTS** | * | |

**************************************

**MOTION SUBMITTING PLAINTIFFS' JURY INSTRUCTION 53 AMENDED**

**TO THE HONORABLE COURT:**

    **COME NOW** the plaintiffs through their undersigned attorney and very respectfully state and pray:

    1. Plaintiffs hereby attached their proposed instruction 53 amended to the jury, which is more clear.

    **WHEREFORE**, the appearing party very respectfully requests to the Honorable Court to accept plaintiffs proposed instruction 53 amended, which is more clear.

    **RESPECTFULLY SUBMITTED.**

    **I HEREBY CERTIFY:** I hereby certify that on 21 day of November, 2005 I electronically filed the foregoing with the Clerk of the Court, using CM/ECF system which will send notification of such filing: laaparicio@justicia.gobierno.pr, rurorodriguez@justicia.gobierno.pr,

joestades@justicia.gobierno.pr, josgonzalez@justicia.gob.pr, and lavyaparicio@yahoo.com.

In San Juan, Puerto Rico, this 1 day of December, 2005.

```
s/Glenn Carl James
Glenn Carl James, esq.
JAMES LAW OFFICES
PMB 501
1353 Rd.19
Guaynabo, PR 00966-2700
Tel.: (787)763-2888
Fax: (787)763-2881
E-mail
jameslawoffices@centennialpr.net
USDC-PR 207,706
```

2