**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**MINUTES OF PROCEEDINGS:**              DATE: November 29, 2005

BEFORE HONORABLE **JAY A. GARCIA GREGORY**
COURTROOM DEPUTY: Carmen Tacoronte           CASE NO. CV. 02-2661 (JAG)
COURT REPORTER: Barbara Dachman
INTERPRETER: Mayra Cardona (contract)

---

|  | Attorneys |
|---|---|
| Maria Alsina Ortiz, et al. | Glenn James Hernandez |
| vs |  |
| Zoe Laboy, et al. | Lavinia Aparicio |
|  | Josué Gonzalez |

---

**Further Jury Trial held.** Out of the presence of the jury the Court heard the parties' arguments regarding the submission of Plaintiffs' exhibit #1 to the jury. After hearing the parties, the Court decided that Plaintiffs' exhibit #1 will go to the jury as an item and that the same will be completely translated only if the case goes on appeal and that the translation costs will be paid by the appellant.

Jury was brought into Court and testimony of Raul Marcial Rojas, MD was heard on behalf of the jury. The Court admitted Dr. Marcial as an expert in Pathology.

**Further Jury Trial set for November 30, 2005 at 9:30 A.M.**

s/Carmen L. Tacoronte
Carmen L. Tacoronte
Courtroom Deputy