## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**  DATE: November 30, 2005

BEFORE HONORABLE **JAY A. GARCIA GREGORY**
COURTROOM DEPUTY: Carmen Tacoronte   CASE NO. CV. 02-2661 (JAG)
COURT REPORTER: Barbara Dachman
INTERPRETER: Mayra Cardona (contract)

|  | Attorneys |
|---|---|
| Maria Alsina Ortiz, et al. | Glenn James Hernandez |
| vs |  |
| Zoe Laboy, et al. | Lavinia Aparicio |
|  | Josué Gonzalez |

**Third day of Jury Trial held.** Testimonies of Victor Lladó, MD, Maria Alsina and Gladys Ocasio Alsina were heard on behalf of the plaintiffs.

**Further Jury Trial set for December 1st, 2005 at 9:30 A.M.**

s/Carmen L. Tacoronte
Carmen L. Tacoronte
Courtroom Deputy