98-1894 JAG
#1

Received & filed 12/01/05 @ 9:59 am

Honorable Judge Jay Garcia

That next week from Dec. 6 2005 thru Friday Dec 9 2005 inclusive I will be out of Island taking a small vacation with my family. We planned this vacation since the begginig of the year.

I hope you excuse me, of jurors duty next week

Thanks