# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**             DATE: December 2, 2005

BEFORE HONORABLE **JAY A. GARCIA GREGORY**
COURTROOM DEPUTY: Carmen Tacoronte     CASE NO. CV. 02-2661 (JAG)
COURT REPORTER: Barbara Dachman
INTERPRETER: none

---

                                            <u>Attorneys</u>

Maria Alsina Ortiz, et al.             Glenn James Hernandez

vs

Zoe Laboy, et al.                     Lavinia Aparicio
                                        Josué Gonzalez

---

       **Fifth and last day of Jury Trial held.** Out of the presence of the jury and for the record, parties presented their arguments regarding plaintiffs' exhibits #6, 7 and 8. **The Court ordered that plaintiffs' exhibits #6, 7 and 8 were to be stricken from the evidence.** Parties also presented their objections to the verdict form and to the jury instructions for the record.

       Jury was brought into Court and closing arguments were heard on behalf of plaintiffs and defendants. After the lunch break, jury instructions were given and at 2:20 PM jurors retired to deliberate. At 4:06 P.M., jury note #2 is received requesting a copy of the complaint. The Court answered in the negative and stated that the complaint is not part of the documents admitted into evidence.

       **At 4:45 P.M., the jury informed that they reached a verdict.** The same was on behalf of plaintiff and against defendants, Emilio Castillo, Mercedes Rosado and their conjugal partnership, in the amount of $500,000.00. Counsel decided not to poll the jury. Having nothing further before the Court the jury was excused. Judgment to enter in accordance with the verdict.

                                                                      s/Carmen L. Tacoronte
                                                                      Carmen L. Tacoronte
                                                                      Courtroom Deputy

s/c: Jury Clerk
\*\* Jurors to be provided with snacks and lunch.
\*\*\* Plaintiffs' Ids were returned to Atty. James.