#2

Received & filed
4:06 pm
12/02/05

TO: Hon. J. Garcia Gregory

Is the "INDICTMENT" PART OF THE DOCUMENTS WE SHOULD HAVE TO CONSIDER.

IF YES, WE DO NOT HAVE THAT DOCUMENT.

If by the "indictment" you mean the "Complaint" in this case, the answer is no, it is not part of the document admitted into evidence you should have to consider.

12/02/05
4:10 pm
Jay A. García Gregory
U.S.D.J.

#3

Received & filed
12/02/05
@ 4:45 pm

TO Hon. J. Garcia Gregory

WE HAVE REACHED A UNANIMOUS DECISION.

12/02/05  4:44 PM
CSO William Ortiz