IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Received & filed
12/2/05
4:52 pm

MARIA ALSINA ORTIZ, et al.,

**Plaintiff(s)**

v.

CIVIL NO. 98-1893 (JAG)

ZOE LABOY, et al.,

**Defendant(s)**

### VERDICT FORM

1. Based upon the jury instructions and the evidence in the case, we the jury find the defendants, Emilio Castillo, Mercedes Rosado and their conjugal partnership, liable

    YES  X          NO _____

If your answer to number one is no, please sign and date the verdict form. If the answer to number one is yes, please proceed to number 2.

2. We the jury award to plaintiff, Maria Alsina Ortiz, the amount of $ _500,000.00_ for Orlando Ocasio Alsina's pain and suffering.

Date: 12/02/05
Time: 4:41 PM