ENTERED ON DOCKET
12/5/05 PURSUANT
TO FRCP RULES 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



**Maria Alsina Ortiz, et al.**

Plaintiff(s)

vs.

**Zoe Laboy, et al.**

Defendant(s)

**CIVIL CASE    98-1893  (JAG)**

## JUDGMENT

In accordance with the jury verdict rendered on December 2, 2005, judgment is hereby entered in favor of plaintiff Maria Alsina Ortiz and against defendants Emilio Castillo, Mercedes Rosado and their conjugal partnership in the amount of $500,000.00.  Case is closed for all purposes.

In San Juan, Puerto Rico, this  5th  day of  December,  2005.

**s/Jay A. Garcia Gregory**

Jay A. Garcia Gregory

United States District Judge