UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARÍA ALSINA ORTIZ, ET. ALS.

Plaintiff(s)

**CIVIL (JAG)** 98-1893(JAG)
**PLAINTIFF'S EXHIBIT LIST**

V.

MS. ZOE LABOY, ET. ALS.

| PRESIDING U.S. DISTRICT COURT JUDGE JAY A. GARCÍA GREGORY | | PLAINTIFF'S ATTORNEY Glenn Carl James | DEFENDANT'S ATTORNEY Lavy Aparicio López | |
|---|---|---|---|---|
| TRIAL FROM: November 28, 2005 | | Court Reporter: BARBARA DACHMAN | COURTROOM DEPUTY Carmen Tacoronte | |
| Pltfs DOC. NUMBER | DATE OFFERED | MARKED | DATA ADMITTED AS AN EXH | DESCRIPTION OF EXHIBITS |
| 1 |  | Exh. 1 | 11/28/05 | Record of Health Department, Health Correctional Program re: Olando Ocasio Alsina |
| 2 |  | Exh. 2 | 11/28/05 | Forensic Medical Report re: Orlando Ocasio Alsina |
| 3 |  | Exh. 3 | 11/28/05 | Document of Orlando Ocasio Alsina requesting a wheelchair date 11-10-97 |
| 4 |  | Exh. 4 | 11/28/05 | Document of Orlando Ocasio Alsina he states he feels very bad…. dated 11-17-97 |
| 5 |  | Exh. 5 | 11/28/05 | Determination of heirs of Orlando Ocasio Alsina |
| 6 | **STRICKEN** | Exh. 6 | 11/28/05 | Receipt number 766465 for the amount of $1,800.00. |
| 7 | **STRICKEN** | Exh. 7 | 11/28/05 | Receipt number 310427 dated May 12, 1998 for the amount of $250.00. |
| 8 | **STRICKEN** | Exh. 8 | 11/28/05 | Receipt from Funeraria El Reposo, Inc. for the amount of $1,850.00. |
| 9 |  | Exh. 9 | 11/28/05 | Summary of hearing that was transcribe April 27, 1998, superior Court, Caguas Part |
| 10 |  | Exh. 10 | 11/28/05 | Resolution and order from Superior Court Case Num. ESC97G-0426 |
| 11 |  |  |  | Picture of Mr. Orlando Ocasio Alsina |
| 12 |  |  |  | Pages of transcript of deposition of Félix Ramos Moulier |
| 13 |  |  |  | Pages of transcript of the deposition of Erik Díaz Dávila |
| 14 |  |  |  | Dr. Farhat Majouri's expert report |
| 15 |  |  |  | Dr. Víctor Llado's expert report |

Include a notation a to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 6 Pages

| Pltfs DOC. NUMBER | DATE OFFERED | MARKED | DATA ADMITTED AS AN EXH | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| 16 | | | | Dr. Víctor Llado's curriculum vitae |
| 17 | 11/29/05 | | | Dr. Raúl Marcial Rojas' expert report |
| 18 | | | | Dr. Farhat Majouri's curriculum vitae |
| 19 | 11/29/05 | | | Dr. Raúl Marcial Rojas' curriculum vitae |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |
| 31 | | | | |
| 32 | | | | |
| 33 | | | | |
| 34 | | | | |
| 35 | | | | |
| 36 | | | | |
| 37 | | | | |
| 38 | | | | |
| 39 | | | | |
| 40 | | | | |
| 41 | | | | |
| 42 | | | | |

Include a notation a to the location of any exhibit not held with the case file or not available because of size.

Page 2 of 6 Pages