IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| MARÍA ALSINA ORTIZ, ET. AL. AND/OR THE ESTATE OF MR. ORLANDO OCASIO ALSINA COMPOSE OF MARÍA ALSINA ORTIZ | * * * * * | CIVIL NO. 98-1893 (JAG) |
| PLAINTIFFS | * * | PLAINTIFFS DEMAND TRIAL BY JURY |
| VS. | * * | |
| MS. ZOE LABOY IN HER PERSONAL CAPACITY, JOHN DOE IN HIS PERSONAL CAPACITY AND, ET. ALS. | * * * * * | |
| DEFENDANTS | * * | |

* * * * * * * * * * * * *

**EXHIBIT LIST**

ATACHEMENT #1   Plaintiffs' Opposition to the Motion for Judgment as a Matter of Law

EXHIBIT A       Excerpt-Testimony of Mr. Edwin Meléndez

EXHIBIT B       Excerpt-Testimony of Dr. Víctor J. Lladó