IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| MARIA ALSINA ORTIZ, | * | CIVIL NO. 98-1893 (JAG) |
| AND/OR THE ESTATE OF MR. | * | |
| ORLANDO OCASIO ALSINA | * | |
| COMPOSE OF MARIA ALSINA | * | |
| ORTIZ | * | |
| | * | |
| PLAINTIFFS | * | PLAINTIFFS DEMAND TRIAL |
| | * | |
| VS. | * | |
| | * | BY JURY |
| MS. ZOE LABOY IN HER PERSO- | * | |
| NAL CAPACITY, DELFOS OCHOA | * | |
| HIS PERSONAL CAPACITY AND | * | |
| THE CONJUGAL PARTNERSHIP | * | |
| OR COMMUNITY PROPERTY | * | |
| CONSTITUTED BETWEEN ZOE | * | |
| LABOY AND DELFOS OCHOA; | * | |
| ET.AL. | * | |
| | * | |
| DEFENDANTS | * | |
| | * | |

* * * * * * * * * * * * * * *

**INFORMATIVE MOTION**

**TO THE HONORABLE COURT:**

    **COME NOW**, Plaintiffs through their undersigned attorney, and respectfully state and pray:

    1.   Plaintiffs' attorney made a formal offer of settlement to defendants after the trial.

    2.   From information I gathered from defendant's attorney in the state case, filed by the family of Orlando Ocasio Alsina, is that this case and the federal case won't be settled at this stage. Defendants are waiting for this Honorable Court to rule on the motions that were filed at docket 338 and 337.

**WHEREFORE,** the appearing party very respectfully requests to the Honorable Court to take notice of the information stated above.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY:** I hereby certify that on February 16, 2006 electronically filed the foregoing with the Clerk of the Court, using CM/ECF system which will send notification of such filing: mcanales_ydrach@zonai.com, elfrickmendez@yahoo.com, elfrick@hotmail.com, cjmoralesb@hotmail.com, rrs@caribe.net, francisco.ojeda@usdoj.gov, antonia.velez@usdoj.gov, romanlaw@tld.net, mlopez@qslaw.net, masurillo@justicia.gobierno.pr, surmari@yahoo.com, joestades@justicia.gobierno.pr and laparicio@justicia.gobierno.pr.

In San Juan, Puerto Rico, this 16 day of February, 2006.

s/ Glenn Carl James
Glenn Carl James
Attorney for Plaintiffs
USDC-PR 207,706
JAMES LAW OFFICE
PMB 501
1353 Rd. 19
Guaynabo, PR 00966-2700
Tel.(787)763-2888
Fax:(787)763-2881
E-mail:
jameslawoffices@centennialpr.net

2