```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA, ET. ALS.        *    CIVIL NO. 98-1893
ET.AL.                        *              (JAG)
                              *
                              *    PLAINTIFFS DEMAND
PLAINTIFFS                    *    TRIAL BY JURY
                              *
vs.                           *
                              *
MS. ZOE LABOY, ET. ALS.       *
                              *
DEFENDANTS                    *
***********************************
```

**URGENT MOTION REQUESTING JUDGMENT ACCORDING TO SETTLEMENT AGREEMENT FILED AT DOCKETS 342 and 343**

**TO THE HONORABLE COURT:**

   **COME NOW** the plaintiffs through their undersigned attorney and very respectfully state and pray:

   1.   The parties filed a Settlement Agreement under seal at dockets 342 and 343 on May 31, 2006, which bear the original signatures of the counsels.

   2.   The parties very respectfully are waiting for the judgment according to the settlement agreement filed at dockets 342 and 343.

   3.   Defendants never filed a Notice of Appeal.

   **WHEREFORE,** the appearing party very respectfully requests to the Honorable Court to issue a judgment according to the settlement agreement filed at dockets 342 and 343.

   **RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY:** that on July 31, 2006, I electronically filed the foregoing with the Clerk of the Court, using CM/ECF system which send notification of such filing: laaparicio@justicia.gobierno.pr, rurodriguez@justicia.gobierno.pr; joestades@justicia.gobierno.pr; and lavyaparicio@yahoo.com.

In San Juan, Puerto Rico, this 31 day of July, 2006.

s/Glenn Carl James
Glenn Carl James
JAMES LAW OFFICES
PMB 501
1353 Rd.19
Guaynabo, PR 00966-2700
Tel.: (787)763-2888
Fax: (787)763-2881
E-mail
jameslawoffices@centennialpr.net
USDC-PR 207,706