## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MARIA ALSINA ORTIZ,

    **Plaintiff(s)**

        **v.**

ZOE LABOY ALVARADO, et al.,

    **Defendant(s)**

**CIVIL NO.** 98-1893 (JAG)

## ORDER

    The parties having reached a post-judgment agreement to settle all their claims, the Court hereby **VACATES** the judgment entered on December 5, 2005 (Docket No. 335). Instead, the Court **APPROVES** the terms of the sealed settlement agreement (Docket No. 343) and will enter judgment in accordance with its terms.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 1st day of August 2006.

    S/Jay A. Garcia-Gregory
    JAY A. GARCIA-GREGORY
    United States District Judge