IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARIA ALSINA ORTIZ,<br><br>**Plaintiff(s)**<br><br>v.<br><br>ZOE LABOY ALVARADO, <u>et al.</u>,<br><br>**Defendant(s)** | **CIVIL NO.** 98-1893 (JAG) |

**JUDGMENT**

In accordance with the order issued today, the Court hereby enters judgment under the terms and for the amount set forth in the sealed settlement agreement (Docket No. 343).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 1st day of August 2006.

<u>S/Jay A. Garcia-Gregory</u>
JAY A. GARCIA-GREGORY
United States District Judge