# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MARÍA ALSINA ORTIZ, et al.**<br><br>Plaintiff<br><br>v.<br><br>**ZOÉ LABOY ALVARADO, et al.**<br><br>Defendants | **CIVIL NO. 98-1893 (JAG)** |

## MOTION TO FILE UNDER SEAL

**TO THE HONORABLE COURT:**

   **COME NOW**, codefendants Zoé Laboy Alvarado, Maritza Feliciano Vélez, Elliot Melecio Vega, Emilio Castillo, Aida Guzmán Font, Ernesto Torres Arroyo, Iliana Torres Mojica, and Sixto Marrero Rodríguez, in their personal capacities, through the undersigned attorney, and very respectfully state and prays as follows:

   1.   On this same date a Motion to Consign Funds is being filed before this Honorable Court.

   2.   The appearing defendants respectfully request from this Court that said Motion to Consign Funds be filed under seal.

   **WHEREFORE**, it is respectfully requested from this Honorable Court to note the aforementioned and grant the instant motion.

   **I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

   **RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 17th day of October 2006.

**ROBERTO SÁNCHEZ RAMOS**
Secretary of Justice

**VIVIAN GONZÁLEZ MÉNDEZ**
Deputy Secretary
In Charge of Litigation

**JOSÉ ENRICO VALENZUELA-ALVARADO**
U.S.D.C.-P.R. Bar No. 220104
Office of General Litigation
Director
Unit VII
jvalenzuela@justicia.gobierno.pr
enricovalenzuela@hotmail.com

S/Idza Díaz Rivera
**IDZA DIAZ RIVERA**
U.S.D.C. NO. 223404
General Litigation Office
Department of Justice
P.O. Box 9020192
San Juan, P.R., 00902-0192.
Tel. (787) 721-8010
Fax (787) 723-9188
idiaz@justicia.gobierno.pr