IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| MARIA ALSINA ORTIZ, | * | CIVIL NO. 98-1893 (JAG) |
| AND/OR THE ESTATE OF MR. | * | |
| ORLANDO OCASIO ALSINA | * | |
| COMPOSE OF MARIA ALSINA | * | |
| ORTIZ | * | |
| | * | |
| PLAINTIFFS | * | PLAINTIFFS DEMAND TRIAL |
| | * | |
| VS. | * | |
| | * | BY JURY |
| MS. ZOE LABOY IN HER PERSO- | * | |
| NAL CAPACITY, DELFOS OCHOA | * | |
| HIS PERSONAL CAPACITY AND | * | |
| THE CONJUGAL PARTNERSHIP | * | |
| OR COMMUNITY PROPERTY | * | |
| CONSTITUTED BETWEEN ZOE | * | |
| LABOY AND DELFOS OCHOA; | * | |
| ET.AL. | * | |
| | * | |
| DEFENDANTS | * | |
| | * | |

* * * * * * * * * * * * * *

**SUPPLEMENT TO THE EMERGENCY MOTION REQUESTING THE WITHDRAWAL OF FUNDS DEPOSIT**

**TO THE HONORABLE COURT:**

**COME NOW,** Plaintiff through her undersigned attorney, and respectfully state and pray:

1.    At docket 343 a settlement agreement was filed under seal.

2.    At docket 346 the Honorable Court issued a Judgment according to the settlement agreement.

3.    At docket 347 defendants filed a Motion to File Under Seal requesting that the Motion to Consign Funds be filed under seal. The sealed motion was filed at docket 349.

4.    At docket 350 it was granted the leave to file the sealed document.

5.    **Plaintiff attached as Exhibit I to this document, the Certificate of funds that states that it was deposited on 10/18/2006. The certificate states that the funds more(+) or less (−) will be available on 10/26/2006. That date had lapsed.**

6.    Plaintiff hereby requests that the funds handed to the Clerk of this Honorable Court by defendants be allowed to be withdrawn by plaintiff.

7.    The appearing party requests to the Honorable Court to order to the Clerk of the Honorable Court to issue a check to the order of Maria Alsina and attorney Glenn Carl James for the amount stated in the motion filed under seal at docket 347.

8.    This case was filed over 8 years ago. Plaintiff is in her gold age. Very respectfully, in order that she could obtain the funds to be issued during her short expectancy of life left; the appearing attorney requests that this motion be granted.

**WHEREFORE,** the appearing party very respectfully requests to the Honorable Court to order the Clerk of the Honorable Court to issue the check of the funds consigned to the order of Maria Alsina and attorney Glenn Carl James.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY:** I hereby certify that on October 31, 2006 electronically filed the foregoing with the Clerk of the Court, using CM/ECF system which will send notification of such filing: mcanales_ydrach@zonai.com, elfrickmendez@yahoo.com, elfrick@hotmail.com, cjmoralesb@hotmail.com, rrs@caribe.net, romanlaw@tld.net, mvargas@tld.net, masurillo@justicia.gobierno.pr, surmari@yahoo.com, joestades@justicia.gobierno.pr, laaparicio@justicia.gobierno.pr, lavyaparicio@yahoo.com, joestades@pradolawoffices.com, joesades@yahoo.com, fojeda@justicia.gobierno.pr, joestades@justicia.gobierno.pr, videjesus@justicia.gobierno.pr, fojedadiez@hotmail.com, josgonzalez@justicia.gobierno.pr, jgonzalezortiz2002@yahoo.com, mavillegas@justicia.gobierno.pr, masurillo@justicia.gobierno.pr, idiaz@justicia.gobierno.pr, jvalenzuela@justicia.gobierno.pr, surmari@yahoo.com, enricovalenzuela@hotmail.com.

In San Juan, Puerto Rico, this 31 day of October, 2006.

```
s/ Glenn Carl James
Glenn Carl James
Attorney for Plaintiffs
USDC-PR 207,706
JAMES LAW OFFICE
PMB 501
1353 Rd. 19
Guaynabo, PR 00966-2700
Tel.(787)763-2888
Fax:(787)763-2881
E-mail:
```

3

4

jameslawoffices@centennialpr.net

jameslawoffices@centennialpr.net