Exhibit I

| | |
|---|---|
| From: | <prd_docketing@prd.uscourts.gov> Add Address |
| Subject: | Activity in Case 3:98-cv-01893-JAG Alsina-Ortiz, et al v. Laboy, et al "Certificate of Funds" |
| Date: | Wed, 18 Oct 2006 09:59:06 -0400 |
| To: | <prd_docketing@prd.uscourts.gov> |
| Attachments: | 0 |

Printer Friendly Version

Delete  Previous  Next  Close  Reply  Reply All  Forward

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## United States District Court

## District of Puerto Rico

Notice of Electronic Filing

The following transaction was received from cm, entered on 10/18/2006 at 9:58 AM AST and filed on 10/18/2006
**Case Name:**        Alsina-Ortiz, et al v. Laboy, et al
**Case Number:**    3:98-cv-1893
**Filer:**
**WARNING: CASE CLOSED on 12/05/2005**
**Document Number:**

**Docket Text:**
Certificate of Funds deposited : Funds are NOT Available. Received on 10/17/06 and Deposited on 10/18/06. Will be available after 5 working days. +/- 10/26/06. Acct # 400-8339762by:Freddie Gonz?lezFinancial Specialist (cm, )

The following document(s) are associated with this transaction:

**3:98-cv-1893 Notice will be electronically mailed to:**

Lavinia Aparicio-Lopez    laaparicio@justicia.gobierno.pr,

http://mail1.centennialpr.net/imap4.asp?btnDelete=Delete2&folder=INBOX&chkSelect=...  10/18/2006